# EXHIBIT LIST

Style: **USA v. Salkicevic**          Case Number: **4:15 CR 49 CDP DDN**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 3/23/15 |
| 2a |  | 3/23 | GW#1 | ✓ | O/r | Photo with English translation |  |
| 3a |  |  |  |  |  | ↓ |  |
| 4a |  |  |  |  |  | ↓ |  |
| 5a |  |  |  |  |  | English translation |  |
| 6a |  |  |  |  |  | Photo with English translation |  |
| 7a |  |  |  |  |  |  |  |
| 8a |  |  |  |  |  |  |  |
| 9a |  |  |  |  | ✓ | ✓ |  |
| 1-10 | previously identified @ hearing held on 3/11/15 admitted 3/23 Deft objected to exhibits 1-10 & the court O/r the objections |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date             Page ____ of ____