UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAMIZ ZIJAD HODZIC, | ) | No. 4:15 CR 49 CDP / DDN |
| a/k/a Siki Ramiz Hodzic, | ) | |
| SEDINA UNKIC HODZIC, | ) | |
| NIHAD ROSIC, | ) | |
| a/k/a Yahya AbuAyesha Mudzahid, | ) | |
| MEDIHA MEDY SALKICEVIC, | ) | |
| a/k/a Medy Ummuluna, | ) | |
| a/k/a Bosna Mexico, and | ) | |
| ARMIN HARCEVIC. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the next status conference of the court with counsel for all parties is **reset from August 18 to Tuesday, August 30, 2016, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the motions of defendant Armin Harcevic (ECF Nos. 307, 308) for the special appearance of counsel to substitute at one proceeding for counsel who have entered their appearances are denied as moot.

                                                            /s/     David D. Noce
                                                        **UNITED STATES MAGISTRATE JUDGE**

**Signed on July 27, 2016.**