UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15 CR 00049 CDP/DDN |
| | ) | |
| MEDIHA MEDY SALKICEVIC, | ) | **FILED UNDER SEAL** |
| a/k/a Medy Ummuluna, | ) | |
| a/k/a Bosna Mexico, and | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, Assistant United States Attorney for said District, and hereby moves this Court to file its Motion under Seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 *s/Howard J. Marcus*
HOWARD MARCUS, 29756MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*s/ Howard Marcus*
HOWARD MARCUS, 29756MO
Assistant United States Attorney


y