UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CR 49 CDP-4 |
| ) | |
| MEDIHA MEDY SALKICEVIC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the U.S. Attorney's motion for leave to file a sealed motion [321] and motion [322] are granted. This matter is set for a **status** hearing before U.S. Magistrate Judge David D. Noce on **Monday, August 1, 2016 at 2:00 p.m.** in Courtroom 17-North.

**IT IS FURTHER ORDERED** that the possible **change of plea hearing** in this matter is set for **Monday, August 1, 2016 at 3:30 p.m.** before the undersigned in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2016.