**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

RECEIVED
APR 19 2017
BY MAIL

Andrea E. Gambino
LAW OFFICES OF ANDREA GAMBINO
53 W. Jackson Blvd.
Suite 224
Chicago, IL 60604

631 N7E 1      118I0004/13/17
FORWARD TIME EXP    RTN TO SEND
: LAW OFFICE OF ANDREA E GAMBINO
53 W JACKSON BLVD STE 1332
CHICAGO IL 60604-3709

RETURN TO SENDER

US POSTAGE $00.46
ZIP 63102
011D11622820

DO NOT OPEN
IN MAIL-ROOM