UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | **FILED UNDER SEAL** |
| Plaintiff,           ) | |
| ) | No. 4:15 CR 49 CDP / DDN |
| MEDIHA MEDY SALKICEVIC,           ) | |
| ) | |
| Defendant.           ) | |

## ORDER SETTING HEARING
## REGARDING STATUS OF REPRESENTATION OF DEFENDANT

Upon motion of the Court, considering docket entry ECF No. 376,

**IT IS HEREBY ORDERED** that a status conference of the court with defendant Mediha Medy Salkicevic and her retained counsel, Andrea E. Gambino, Esq., is set for **Tuesday, May 30, 2017 at 2:30 p.m**.  Both defendant and her counsel must attend this status conference in person in the courtroom of the undersigned.

　　　　　　　　　　　　　　　　　　　　/S/   David D. Noce_____
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**Signed on May 24, 2017.**