UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 5/30/2017   **Judge** Noce   **Case No.** 4:15-cr-00049-CDP-DDN-4

**UNITED STATES OF AMERICA** v. Mediha Medy Salkicevic

Court Reporter: FTR GOLD   Deputy Clerk: COlliges

Assistant United States Attorney(s): Howard J. Marcus and Matthew Drake

Attorney(s) for Defendant(s): Andrea E. Gambino

Interpreter: ___   ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☒ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Parties present for status conference. Discussion held. Written order to issue regarding appointment of co-counsel.

- ☐ Oral Motion for appointment of counsel (GRANTED)
- ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ ___   ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- ☐ Government filed motion for pretrial detention.  Detention hearing scheduled for ___ Before ___
- ☐ Preliminary Revocation   ☐ Preliminary Examination set for ___ Before ___
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
- Plea entered: Not Guilty   Order on pretrial motions: ☐ issued   ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives ___   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time ___ Before ___

Final Supervised Release Revocation Hearing set for ___ Before ___

☒ Remanded to custody   ☐ Released on bond

Next hearing date/time ___   Type of hearing ___   Before ___

Proceeding commenced 2:35 pm   Proceeding concluded 2:45 pm   Continued to ___