UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) 4:15CR00049 CDP/DDN |
| MEDIHA SALKICEVIC, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW J. Christian Goeke and enters his appearance as CJA appointed counsel for Defendant, Mediha Salkicevic, in the above-styled cause.

Respectfully Submitted,

_/s/ J. Christian Goeke___
J. Christian Goeke #39462MO
7711 Bonhomme Avenue
Suite 850
Clayton, MO 63105
(314) 862-5110
(314) 862-5943- Facsimile
chris@jcgoekelaw.com

**CERTIFICATE OF SERVICE**

Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following on this 2nd day of June, 2017 to:

Matthew Drake
Assistant United States Attorney
111 S. 10th Street
St. Louis, Missouri 63102

*/s/ J. Christian Goeke*
J. Christian Goeke #39462MO
Attorney for Defendant