4·11·18.

Hello Ms. Perry

RECEIVED APR 16 2018 BY MAIL

I'm sorry if I bother you with this words. I pray before I decide to write letter to you. I don't remember if I ever write you in these 3 years being in jail. If I did then forgive me to bother. But since I wasn't in Federal building since September 5th 2017. I really don't know how system works and how often I should be there. I just want to make sure they don't loose my name in system and if is possible to forget about me. I don't want to be forgoten I'm sorry for my spelling. And also I would like to use this chance and shore some letters I received 1 from principal of High School of my kids this copy from district newspapers about my daughter Lejla. Also this short story I wrote in 2016. I know you're busy with your job but I beg you please read this papers I'm sending to you. Because maybe these papers can make my case to finish faster. I'm in County Jail since February-6-2015 without conviction I have 4 kids outside born and raise in Chicago 18-16-10-9 years old (now) when I was arrested they were 15-13-7-6. Also this picture of my family whom get killed by hand of people like what they trying to accuse me they said I was supporting. I never have problem with Law in Bosnia or here

6 funerals 1 day all my cousins and aunt



"Shop keep trying to take our picture with my mom"



My brother





**Nihad Salkičević**
/1973-1992/

- Otac Nihadov je Mehmed, majka Senija
- Rođen 25.10.1973. godine u Gornjem Hrankoviću, općina Teslić
- Završio osnovnu školu
- Po zanimanju radnik
- Nije bio zaposlen
- Neoženjen
- Pripadnik Armije Republike BiH od 12.5.1992. godine
- Poginuo 10.6.1992. godine u rejonu Borja, mjesto Bebe, kao pripadnik jedinice teritorijalne odbrane općine Teslić, sljednik VJ



"my family whom get killed from people like they trying to accuse me"

# Schiller Park Girl Crowned East Leyden Homecoming Queen

BY BARBARA PILTAVER





When Lejla Sadikovic's name was announced as the 2017 homecoming queen for East Leyden High School, it took her a few moments to realize what had just happened. She said it was such a surprise she was even chosen to be on homecoming court and was totally shocked when she was selected as queen. "I didn't expect it at all."

Lejla grew up in Schiller Park and attended District 81 schools. She is the oldest of 4 girls in her family. Her younger sisters look up to her, as Lejla is involved in many activities in school. She is a football manager, which is not very common for a girl, she is in Key Club, Interact Club, Student Council, and the Freshman Access Mentoring program. She was selected to be a WSC Leader by her peers and was appointed the student representative for District 212 school board by East Leyden's principal.

As a little girl she dreamed of becoming many things such as a Kindergarten teacher, a firefighter or something with government and law. But as she became more involved at East Leyden she realized what an impact the Leyden community had on her life. "It brings tears to my eyes knowing it will all be coming to an end in the spring," Lejla said.

Her teachers were a big influence on her future choices and she sees what difference teachers can make in students' lives. Lejla commented, "Teachers at Leyden build relationships with students to help them succeed, and Leyden does an excellent job hiring teachers that care about their students and not just getting a paycheck. I love, love Leyden and it provides so many opportunities."

To that end, Lejla definitely expects to attend college and potentially become a high school teacher, "so I can give back and make a difference." She hopes to come back to Leyden High School to teach, possibly as a social studies or history teacher.

When asked what advice she has for incoming freshmen she replied, "Use your time wisely with school and relationships. Time flies, remember it and treasure it. Get involved, have a lot of school spirit and join as many clubs as you can."

Getting back to becoming homecoming queen, Lejla said she was very, very honored to be chosen and felt that her and the homecoming king, Rakan Alzagha of Rosemont, are both very diverse people. She commented that when she first entered high school she was maybe the only Muslim girl who wore a head scarf (Hijab) and sometimes felt like an outsider. Once people stopped judging what they saw on the outside, they became more comfortable, getting to know me and what is on the inside.

In closing, Lejla said, "I hope that by being chosen homecoming queen it will make other girls realize that they can do anything they want to do."

After speaking with Lejla and seeing that radiant, confident smile, I know she will go far in life and definitely make a difference! Congratulations Lejla from People & Places Newspaper!

## October Reminds Us To Be Aware of Breast Cancer

BY WES HESSEL

It is likely the most talked about cancer there is but with good reason.





**LEYDEN**
HIGH SCHOOL DISTRICT 212

**Board of Education**
Gregory T. Ignoffo
*President*

Gloria Murawska
*Vice President*

James A. Lima
*Secretary*

John Tobin
Joseph Trevino
Lisa Anthony
Sandra Boehm

**District Administration**
3400 Rose Street
Franklin Park, IL 60131
Phone 847.451.3000
FAX 847.671.9079

Dr. Nick Polyak
*Superintendent*

Dr. Beth Concannon
*Assistant Superintendent*

Thomas Janeteas
*CSBO/CFO/CIO/Treasurer*

Dr. Michael Manderino
*Director of Curriculum
and Instruction*

**East Leyden**
3400 Rose Street
Franklin Park, IL 60131
Phone 847.451.3000
FAX 847.451.3644

Jason Markey
*Principal*

**West Leyden**
1000 Wolf Road
Northlake, IL 60164
Phone 847.451.3122
FAX 847.451.3180

Dr. Tatiana Bonuma
*Principal*

www.leyden212.org

Dear Ms. Salkicevic,

A regular part of my practice is to make parent phone calls and to reach out to parents of some of our students who are having positive impact on our school community. As I know that many parents of teenagers have a hard time learning what actually happens at school.

I hope you don't mind that I asked Lejla for your address so I could share the same with you via this letter.

First of all, I wanted to share the outstanding leadership and service that Lejla has displayed as our student School Board Representative. She was selected from over 400 seniors at East Leyden to be our second student on the School Board ever. She is off to an amazing start, taking her position incredibly seriously, understanding that she is the voice of the student body. She meets with me regularly to share concerns from the students and prepare her School Board reports. She has often taken it upon herself to check in on all of our new teachers regularly to make sure they feel comfortable. This was not something she was asked to do, but is a great example of the level of care and dedication she brings to our school.

Second, she is making a great mark on our school with her work in our Journalism class which includes being an important member of our East Leyden news team that produces regular video updates.

Finally, very simply Lejla is one of the kindest people, let alone teenagers, I have ever met. I see it with every interaction I witness in the halls, in class, with my own children at school events, and with her younger sister who she looks after relentlessly. To say that Lejla represents our school vision of: being kind, finding your passion, and commitment to excellence would be an understatement - she embodies this as much as any student I have ever known at East Leyden.

As parent myself, I can only hope my children can learn from the example they see in Lejla.

Thank you,

Jason Markey
Principal
East Leyden High School

*Proud mama* [handwritten]

# From nightmare to lemon drops    Jan. 11, 2016

Last night, during a game of uno, a girl asked me if I had ever tried lemon drops. I was immediately taken back to a very special day in my childhood, while growing up in Bosnia...

I was 6 years old when my father passed away. My mother was forced to raise my 3 older sisters, one brother and myself on her own. My mother didn't have any income or receive any pension. She couldn't afford to buy us anything or for the house. She would go door to door asking people if they had any small chores around their house to earn a small income or in exchange for food, clothing or school supplies for us. In 1992, a devastating war started in my city in Bosnia...

When the war started, I was 12 years old. My two eldest sisters were married at that time, and I was living with my brother, sister and my mom. My sister was two years older than me (14) and my brother was 18. During the war they separated the men from the women. They took my brother promising to bring him back home in 45 minutes. As minutes, hours, days passed; he did not return. The day after my brother was taken away the Serbian soldiers (ORTHODOX-chetnik) came and took our mother away. I was left alone with my 14 year old sister. We followed them and watched as they took my mom away. She was not allowed to even look back

at us. No one told us where they were taking her.

Shortly after our mother left, we met two other kids on the street (an 11 year old girl and her 9 year old brother) We were so scared and worried about what may have happened to our mother. Two Serbian soldiers (ORTHODOX-Chetnik) called the four of us over to them. They were standing by a water well. When we approached them they asked us "who wants to go first?" one of us asked them nervously "where?" We were too young to understand what they meant. We looked at each other confused. Another Serbian soldier carrying a rifle, wearing the same uniform came towards us and asked the two soldiers what they were doing.

One of the soldiers answered "Let's finish this neighborhood. We have these four kids. Lets throw them in the well!!!"
The soldier with the rifle told them to leave us alone and walk away. However, one of the other soldier repeated that they should finish us off and throw us in the well.

The soldier with the rifle threatened them to leave us alone otherwise he would call someone (a name I don't remember anymore) Perhaps he was referring to their boss, or someone with a higher position. Luckily it seemed to scare these two

soldiers (Serbian-orthodox-chetnik). They walked away from us disappointed.

As the two soldiers walked away, the soldier with the rifle pulled out a pack of lemon drops and tossed it to us and told us to share it amongst ourselves.

We gladly took the pack of candy and shared it. Not too long after, they brought my mother back. Everytime we asked our mother where they took her, she would lie and tell us they took her to show a house. She refused to tell us what they did to her. Its my belief that its a secret that she is going to take to her grave.

We never saw our brother alive again. Several years later, his body was discovered at a massive grave yard. My mother regonized him by the belt he was wearing and a keychain. His hands were tied behind his back with metal wire and his head was split in half. We found out that he was shot in the head and at some point, his skull was smashed with a bat or some other weapon.

With this short story, I would like to convey a very simple message. Don't judge someone solely based on their appearance or where

their from or their religious beliefs.

I learned that not every Serbian(Orthodox) is a Chetnik, and I wish the world would realize that not every Muslim is a terrorist. Had it not been for a kindhearted Serbian Soldier four innocent children would not be alive today. Two of them wanted to throw us in a well and let us die, and one of them saved us and gave us hope in humanity by giving us lemon drops and our lives...

Just one part of my life.
~~ ~~ TRUE story: Genocide in Bosnia
          Bosnian Genocide 90's

Medy:
      Ste. Genevieve MO


                                    Jan. 11, 2016

Salkicevic Mediha Medy
#5 Basler Dr
Ste. Genevieve, MO
63670

MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

Check out all the options on-line communication with the sender www.InmateCanteen.com

TO; U.S. District Courts
ATTN: Judge: Catherin Perry
111 S. 10th Street
St. Louis MO 63102