



2 months ago me and my kids chating video from jail