PROB 22
(Rev. 04/15)

**FILED**
8/25/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EW

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 4:15CR00049-4 CDP |
| DOCKET NUMBER *(Rec. Court)* | **1:15-cr-00060** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mediha Medy Salkicevic<br>9209 Sally Lane<br>Schiller Park, Illinois 60176 | Eastern District of Missouri | Eastern Division<br>St. Louis, MO |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Catherine D. Perry<br>Senior United States District Judge |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | 8/21/2020 | 8/20/2025 |

**OFFENSE:**

Conspiracy to Provide Material Support to Terrorists

**JUDGE DURKIN**
**MAGISTRATE JUDGE COLE**

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 25, 2020
*Date*

*/s/ Catherine D. Perry*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 25, 2020
*Effective Date*

*/s/ Rebecca Pallmeyer*
*United States District Judge*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ROBERTO CORNEJO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 26, 2020