**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

CJA,R/R

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: <u>4:15–cr–00049–CDP</u>–4

Case title: USA v. Hodzic et al

Date Filed: 02/05/2015
Date Terminated: 06/18/2019

Assigned to: District Judge
Catherine D. Perry

**<u>Defendant (4)</u>**

**Mediha Medy Salkicevic**
*TERMINATED: 06/18/2019*
*also known as*
Medy Ummuluna
*TERMINATED: 06/18/2019*
*also known as*
Bosna Mexico
*TERMINATED: 06/18/2019*

represented by **Andrea E. Gambino**
LAW OFFICES OF ANDREA GAMBINO
53 W. Jackson Blvd.
Suite 1332
Chicago, IL 60604
312–322–0014
Fax: 312–841–9696
Email: agambinolaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*
*Bar Status: Phv Phv*

**Joan K. Miller**
JOAN K MILLER LLC
1515 N. Warson Rd.
Suite 249
St. Louis, MO 63132
314–997–7700
Fax: 314–997–7705
Email: joanmiller@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

**Talmage E. Newton , IV**
NEWTON BARTH LLP
555 Washington Ave.



GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

Suite 420
St. Louis, MO 63101
314–272–4490
Fax: 314–762–6710
Email: tnewton@newtonbarth.com
*TERMINATED: 03/11/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
*Bar Status: Active*

**J. C. Goeke**
LAW OFFICES OF J CHRISTIAN GOEKE PC
7711 Bonhomme Avenue
Suite 850
Clayton, MO 63105
314–862–5110
Fax: 314–862–5943
*TERMINATED: 07/31/2018*
*Designation: CJA Appointment*
*Bar Status: Inactive*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO TERRORISTS (1r) | The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 78 months, with recommendations to the BOP. Supervised Release for a term of 5 years. Special Assessment of $100 due immediately. |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| PROVIDING MATERIAL SUPPORT TO TERRORISTS (3r) | Dismissed on the motion of the United States. |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Interested Party**

**Branden M. Forsgren**
*Classified Information Security Officer*
*TERMINATED: 08/06/2018*

represented by **Branden M. Forsgren**
Two Constitution Square
145 N Street N.E.
Suite 2W.115
Washington, DC 20530
202–514–9016
Fax: 202–307–2066
Email: branden.forsgren@usdoj.gov
PRO SE

---

**Interested Party**

**Debra M. Guerrero–Randall**
*Classified Information Security Officer*

represented by **Debra M. Guerrero–Randall**
Two Constitution Square
145 N Street N.E.
Suite 2W.115
Washington, DC 20530
202–514–9016
Fax: 202–307–2066
Email: Debra.Guerrero–Randall@usdoj.gov
PRO SE

---

**Plaintiff**

**USA**

represented by **Howard J. Marcus**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314–539–2200
Fax: 314–539–7695
Email: matthew.drake2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Retired*

**Joshua D. Champagne**
US DEPARTMENT OF JUSTICE – Civil
Rights – DC
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202–353–9008
Fax: 202–514–8714
Email: Joshua.Champagne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

3

*Bar Status: Gov*

**Kenneth R. Tihen**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314–539–2200
Fax: 314–539–7695
Email: kenneth.tihen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

**Matthew T. Drake**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314–539–2200
Fax: 314–539–7695
Email: matthew.drake2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

**Mara M. Kohn**
US DEPARTMENT OF JUSTICE – Civil
Rights – DC
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202–532–4592
Fax: 202–514–8714
Email: Mara.Kohn2@usdoj.gov
*TERMINATED: 02/02/2018*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

 Email All Attorneys
 (will not send to terminated parties)

 Email All Attorneys and Additional Recipients
 (will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/05/2015 | 2 | | REDACTED INDICTMENT returned in open court on 02/05/2015 to Judge Audrey G. Fleissig by the Foreperson of the Grand Jury. Referred to Magistrate Judge David D. Noce |

| | | | |
|---|---|---|---|
| | | | as to Ramiz Zijad Hodzic (1): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 3 is now count 3r. Sedina Unkic Hodzic (2): Former count 1 is now count 1r. Former count 3 is now count 3r. Nihad Rosic (3): Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 3 is now count 3r. Mediha Medy Salkicevic (4): Former count 1 is now count 1r. Former count 3 is now count 3r. Armin Harcevic (5): Former count 1 is now count 1r. Former count 3 is now count 3r. Jasminka Ramic (6): Former count 1 is now count 1r. Former count 3 is now count 3r.. (DJO) (Entered: 02/05/2015) |
| 02/05/2015 | 3 | | Order:...IT IS BY THE COURT ORDERED that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance. Order as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic.. Signed by District Judge Audrey G. Fleissig on 02/05/2015. (DJO) (Entered: 02/05/2015) |
| 02/05/2015 | 4 | | ENTRY OF ATTORNEY APPEARANCE Matthew Drake, Howard J. Marcus, Kenneth R. Tihen appearing for USA. (DJO) (Entered: 02/05/2015) |
| 02/05/2015 | 8 | | MOTION for Pretrial Detention and Hearing by USA as to Mediha Medy Salkicevic. (DJO) (Entered: 02/05/2015) |
| 02/05/2015 | | | Warrant Issued as to Indictment in case as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (DJO) (Entered: 02/05/2015) |
| 02/05/2015 | | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 02/05/2015) |
| 02/05/2015 | 11 | | MOTION for Leave to: Temporarily Unseal the Court's Case WIthout Prejudice by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (DJO) (Entered: 02/06/2015) |
| 02/06/2015 | 12 | | ORDER granting 11 Motion for Leave as to Ramiz Zijad Hodzic (1), Sedina Unkic Hodzic (2), Nihad Rosic (3), Mediha Medy Salkicevic (4), Armin Harcevic (5), Jasminka Ramic (6); IT IS SO ORDERED; Signed by Magistrate Judge David D. Noce on 02/05/2015. (DJO) (Entered: 02/06/2015) |
| 02/06/2015 | 13 | | MOTION to Lift Suppression Order by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (KXS) (Entered: 02/06/2015) |
| 02/06/2015 | 14 | | Order re: Motion to Lift Suppression Order as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. SO ORDERED. Case Unsealed. Signed by Magistrate Judge David D. Noce on 2/6/15. (KXS) (Entered: 02/06/2015) |
| 02/06/2015 | | | Arrest of defendant Mediha Medy Salkicevic date of arrest: 2/6/2015 in the Northern District of Illinois (KMS) (Entered: 02/12/2015) |
| 02/10/2015 | 26 | | NOTICE by USA as to Mediha Medy Salkicevic of: Intent to Use Foreign Intelligence Surveillance Act Information (Drake, Matthew) (Entered: 02/10/2015) |
| 02/10/2015 | 29 | | MOTION to Continue ; For Findings of Fact and Proposed Scheduling Order Due To This Matter Being a Complex Case by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Drake, |

| | | | Matthew) (Entered: 02/10/2015) |
|---|---|---|---|
| 02/11/2015 | 42 | | Warrant Returned Executed as to Indictment on 2/6/15 in case as to Mediha Medy Salkicevic in ND/IL Chicago (KKS) (Entered: 02/12/2015) |
| 02/12/2015 | 36 | | Rule 5(c)(3) Documents Received as to Mediha Medy Salkicevic (KMS) (Entered: 02/12/2015) |
| 02/12/2015 | 37 | | ORDER OF DETENTION as to Mediha Medy Salkicevic. Signed by Judge Jeffrey Cole on 2/10/2015. (KMS) (Entered: 02/12/2015) |
| 02/25/2015 | 49 | | ENTRY OF ATTORNEY APPEARANCE Mara M. Kohn appearing for USA. (Kohn, Mara) (Entered: 02/25/2015) |
| 02/25/2015 | 50 | | ENTRY OF ATTORNEY APPEARANCE: by Talmage E. Newton, IV on behalf of Mediha Medy Salkicevic (Newton, Talmage) (Entered: 02/25/2015) |
| 02/25/2015 | 51 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Initial Appearance/Rule 5 as to Mediha Medy Salkicevic held on 2/25/2015 Defendant given copy of: Indictment. Defendant has retained Andrea Gambino from Chicago. She is in the process of filing pro hac vice to represent Ms. Salkicevic here in St. Louis. Talmadge Newton is appointed in this case until Ms. Gambino has filed the proper paper work. Defense counsel request the detention and arraignment to be continued until the week of March 9th, 2015. The hearings are scheduled for March 11, 2015 at 2:00. Detention Hearing set for 3/11/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Arraignment set for 3/11/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. (FTR Gold Operator initials:KMS.) (FTR Gold: Yes.) (proceedings started: 2:19.) (proceedings ended: 2:27.) (Defendant Location: Custody.) (KMS) (Additional attachment(s) added on 2/25/2015: # 1 rule 5 paper work) (KMS). (Entered: 02/25/2015) |
| 02/25/2015 | 52 | | CJA 20 as to Mediha Medy Salkicevic Appointment of Attorney Talmage Newton . Signed by Magistrate Judge David D. Noce on 2/25/2015. (KMS) (Entered: 02/26/2015) |
| 02/27/2015 | 53 | | GOVERNMENT'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(d) by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic of: Motion for Protective Order (Drake, Matthew) Modified event from Notice to Motion on 3/2/2015 (KKS). (Entered: 02/27/2015) |
| 03/04/2015 | 55 | | BAIL REPORT(FILED UNDER SEAL) as to Mediha Medy Salkicevic. (DCS) (Entered: 03/04/2015) |
| 03/06/2015 | 60 | | DISCLOSURE of Arguably Suppressible Evidence as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic *Pusuant to Federal Rule of Crim. Procedure 12(b)(4)* (Drake, Matthew) (Entered: 03/06/2015) |
| 03/11/2015 | 70 | | MOTION for Leave to Appear Pro Hac Vice Attorney: Andrea Gambino by Mediha Medy Salkicevic. (Attachments: # 1 Certificate of Good Standing)(KMS) (Entered: 03/11/2015) |
| 03/11/2015 | 71 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Mediha Medy Salkicevic (4) Count 1r,3r held on 3/11/2015. Attorney Talmage E. Newton, IV terminated., Detention Hearing as to Mediha Medy Salkicevic held on 3/11/2015. The Court grants Andrea Gambino's motion for pro hac vice and Talmage |

| | | |
|---|---|---|
| | | Newton's oral motion to withdraw. Testimony heard from 1 witness. Exhibits presented but not admitted into evidence by order of the Court. Detention hearing continued to 3/23/15 at 2:00PM. The court orders a transcript of this proceeding. (FTR Gold Operator initials:JBernsen.) (FTR Gold: Yes.) (proceedings started: 2:12PM.) (proceedings ended: 3:06PM.) (Defendant Location: custody.) (JAB) (Entered: 03/11/2015) |
| 03/11/2015 | 72 | MOTION For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Mediha Medy Salkicevic. (JAB) (Entered: 03/11/2015) |
| 03/11/2015 | 73 | Oral Motion to Suppress by Mediha Medy Salkicevic. (JAB) (Entered: 03/11/2015) |
| 03/11/2015 | 74 | Oral Motion by Government for Determination by Court of Admissibility of Arguably Suppressible Evidence by USA as to Mediha Medy Salkicevic. (JAB) (Entered: 03/11/2015) |
| 03/11/2015 | 75 | CLERKS WITNESS LIST as to Mediha Medy Salkicevic as to Detention Hearing. (JAB) (Entered: 03/11/2015) |
| 03/11/2015 | 76 | CLERKS EXHIBIT LIST as to Mediha Medy Salkicevic as to Detention Hearing. (JAB) (Entered: 03/11/2015) |
| 03/12/2015 | 77 | ORDER as to Mediha Medy Salkicevic: IT IS HEREBY ORDERED that a written transcript of the proceedings held on March 11, 2105 concerning defendant Mediha Medy Salkicevic be prepared forthwith and filed with the Clerk of Court. (cc: Angela Daley) Signed by Magistrate Judge David D. Noce on 3/12/15. (JAB) (Entered: 03/12/2015) |
| 03/12/2015 | 78 | FINDING THAT CASE IS COMPLEX AND ORDER CONCERNING PRETRIAL PROCEEDINGS as to Mediha Medy Salkicevic. The court will defer setting deadlines for filing pretrial motions and setting a pretrial hearing on motions, until reasonable dates for those purposes are foreseeable. (see order for details) Response to Court due by 3/20/2015. Status Conference set for 4/3/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 3/12/2015. (KMS) (Entered: 03/12/2015) |
| 03/12/2015 | | ORDER RECEIPT: (see receipt) Docket No: 77, 78. sent to parties not set up for electronic notification. Thu Mar 12 08:59:40 CDT 2015 (Scheele, Kara) (Entered: 03/12/2015) |
| 03/12/2015 | 80 | ORDER RESETTING STATUS CONFERENCE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic – Status Conference reset for 4/2/2015 @ 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.. Signed by Magistrate Judge David D. Noce on 3/12/15. (KKS) (Entered: 03/12/2015) |
| 03/13/2015 | 82 | TRANSCRIPT ORDER REQUEST for 71 by Ramiz Zijad Hodzic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic for proceedings held on 03/11/2015 before Judge David D. Noce. (Vicente, Sean) (Entered: 03/13/2015) |
| 03/16/2015 | | REMARK: transcript request forwarded to Angela Daley. (KMS) (Entered: 03/16/2015) |
| 03/17/2015 | 84 | PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(d): IT IS HEREBY ORDERED that the motion of the United States for a Protective Order under Federal Rule of Criminal Procedure 16(d) (Doc. 53) is sustained. (see order for details) Signed by Magistrate Judge David D. Noce on 3/17/2015. (KMS) |

| | | |
|---|---|---|
| | | (Entered: 03/17/2015) |
| 03/17/2015 | 85 | TRANSCRIPT of 71 (ARRAIGNMENT & DETENTION) as to Mediha Medy Salkicevic held on MARCH 11, 2015 before Judge DAVID D. NOCE. Court Reporter/Transcriber ANGELA K. DALEY, Telephone number (314) 244–7978. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/7/2015. Redacted Transcript Deadline set for 4/17/2015. Release of Transcript Restriction set for 6/15/2015. (KKS) (Entered: 03/17/2015) |
| 03/22/2015 | 106 | MOTION for Bond *Motion for Pretrial Release With Conditions* to be secured by Mediha Medy Salkicevic. (Attachments: # 1 Exhibit 7 Colleague Letters, # 2 Exhibit 8 Support Letters–Bosnian, # 3 Exhibit 9 Support Letters –English)(Gambino, Andrea) (Entered: 03/22/2015) |
| 03/23/2015 | 108 | MOTION to Amend *Motion for Pretrial Release With Conditions* by Mediha Medy Salkicevic. (Attachments: # 1 Exhibit 1–4 Letters, # 2 Exhibit 5: Property 1, # 3 Exhibit 6: Property 2, # 4 Exhibit 7 Colleague letters, # 5 Exhibit 8 Support Letters– Bosnian, # 6 Exhibit 9 Support Letters– English)(Gambino, Andrea) (Entered: 03/23/2015) |
| 03/23/2015 | 114 | Minute Entry for Detention proceedings held before Magistrate Judge David D. Noce as to Mediha Medy Salkicevic on 3/23/2015 re 8 MOTION for Pretrial Detention and Hearing filed by USA ; Parties present for detention hearing continued from March 11, 2015; testimony from one witness heard; exhibits from today's hearing as well as from the hearing on March 11th were admitted. Court took detention matters under advisement. (FTR Gold Operator initials: Katie Stamm.) (FTR Gold: Yes.) (proceedings started: 2:23–2:28.) (proceedings ended: 3:13–4:11.) (Defendant Location: Custody.) (KKS) (Entered: 03/24/2015) |
| 03/23/2015 | 115 | CLERK'S EXHIBIT LIST as to Mediha Medy Salkicevic. (KKS) (Entered: 03/24/2015) |
| 03/23/2015 | 116 | CLERK'S WITNESS LIST as to Mediha Medy Salkicevic. (KKS) (Entered: 03/24/2015) |
| 04/02/2015 | 130 | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic held on 4/2/2015. Matters regarding discovery, the protective order, CJA funding, expert witnesses and translators discussed. Joann Trog is instructed to take a lead role among the attorneys regarding the common usage of experts and translators and provide a status report to the Court on or before 5/7/15. Clark Devereux appears from the 8th Circuit Court of Appeals and is instructed to report to Judge Noce regarding CJA funding. The next status conference is set for 5/7/15 at 1:00PM. (FTR Gold Operator initials:JBernsen.) (FTR Gold: Yes.) (proceedings started: 2:07PM.) (proceedings ended: 2:41PM.) (JAB) (Entered: 04/02/2015) |
| 04/09/2015 | 136 | TRANSCRIPT ORDER REQUEST for 114 (DETENTION) by Mediha Medy Salkicevic for proceedings held on March 23, 2015 court reporter Angela K. Daley before Judge David Noce. (Gambino, Andrea) (Entered: 04/09/2015) |
| 04/09/2015 | | REMARK as to Mediha Medy Salkicevic: Transcript Order Request forwarded to court reporter Shannon White. (JAB) (Entered: 04/10/2015) |
| 04/17/2015 | 145 | DETENTION ORDER: IT IS HEREBY ORDERED that the motion of the United States that defendant Mediha Medy Salkicevic be detained (Doc. 8) is sustained. Defendant is committed to the custody of the Marshals Service until further order. IT IS FURTHER |

| | | | |
|---|---|---|---|
| | | | ORDERED that defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. IT IS FURTHER ORDERED that defendant be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained investigator, paralegal, language interpreter, or other retained expert consultant. IT IS FURTHER ORDERED that on order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. Signed by Magistrate Judge David D. Noce on 4/17/2015. (KMS) (Entered: 04/17/2015) |
| 05/04/2015 | 155 | | TRANSCRIPT of 114 (DETENTION) as to Mediha Medy Salkicevic held on March 23, 2015 before Judge David D. Noce. Court Reporter/Transcriber Shannon White, Telephone number 314–244–7966. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/26/2015. Redacted Transcript Deadline set for 6/4/2015. Release of Transcript Restriction set for 8/3/2015. (KMS) (Entered: 05/04/2015) |
| 05/06/2015 | 161 | | MOTION for Leave to: Appear for May 7, 2015, status by telephone by Mediha Medy Salkicevic. (Gambino, Andrea) (Entered: 05/06/2015) |
| 05/06/2015 | 162 | | RESPONSE TO COURT by Nihad Rosic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic (Trog, JoAnn) (Entered: 05/06/2015) |
| 05/07/2015 | 165 | | Docket Text ORDER as to Mediha Medy Salkicevic Re: 161 MOTION for Leave to Appear for May 7, 2015, status by telephone by Mediha Medy Salkicevic. ORDERED GRANTED. Signed by Magistrate Judge David D. Noce on 5/7/15. (KKS) (Entered: 05/07/2015) |
| 05/07/2015 | 167 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic held on 5/7/2015; Scheduling issues discussed. Next status conference is set for June 25, 2015 at 1:00pm. (FTR Gold Operator initials:KMS.) (FTR Gold: Yes.) (proceedings started: 1:02.) (proceedings ended: 2:00.) (KMS) (Entered: 05/07/2015) |
| 05/18/2015 | 170 | | ORDER SCHEDULING MOTIONS TO DISMISS AND STATUS CONFERENCE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic: IT IS HEREBY ORDERED that not later than Wednesday, June 24, 2015, defense counsel may file pretrial motions to dismiss the indictment as legally insufficient on its face, on grounds that do not require evidentiary support. The United States may have until July 10, 2015 to file a response. Any reply must be filed not later than July 17, 2015. IT IS FURTHER ORDERED that the next status conference of the court with counsel for all parties is set for Thursday, June 25, 2015 at 2:00 p.m. At this conference the court will take up, along with the status of the usual pretrial matters of the case, the scheduling of (1) the government filing its list of arguably suppressible evidence, which will include, as to each enumerated item, the defendant or defendants against whom the government would offer such evidence at trial; and (2) the defendants filing pretrial motions other than the motion(s) to dismiss treated above. Response to Court due by 6/24/2015. Status Conference set for 6/25/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 5/18/15. (JAB) (Entered: 05/18/2015) |

| 05/18/2015 | <u>171</u> | | MEMORANDUM AND ORDER REGARDING PRETRIAL DISCOVERY as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic: IT IS HEREBY ORDERED that the United States commence providing, as soon as practicable, to each defendant through counsel duplicate digital disk copies of all declassified materials and information, subject to the Protective Order issued previously by the court (Doc. <u>84</u> ). IT IS FURTHER ORDERED that the United States Marshals Service direct the officials of the detention facilities where the four detained defendants (Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic, and Jasminka Ramic) are being detained in the custody of the Marshals Service to allow these defendants access to electronic equipment, previously provided to each of the facilities, for the review of the digital disks provided to defendants counsel by the United States, all under the appropriate procedures and control of the respective detention facilities. IT IS FURTHER ORDERED that not later than June 19, 2015, in compliance with CIPA § 6, the United States file a motion for a hearing, following which the court will make all appropriate determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceedings in this case. IT IS FURTHER ORDERED that, not later than June 19, 2015, the Attorney General or the Department of Justice recommend under seal to the court two persons from the Department of Justice Litigation Security Group, Security and Emergency Planning Staff who are qualified to serve as Alternate Classified Information Security Officers. Response to Court due by 6/19/2015. Signed by Magistrate Judge David D. Noce on 5/18/15. (JAB) (3 certified copies to USMS) (Entered: 05/18/2015) |
| 05/20/2015 | <u>172</u> | | Marshal's Return as to Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Jasminka Ramic on 5/19/15 and 5/20/15 of MEMORANDUM AND ORDER REGARDING PRETRIAL DISCOVERY <u>171</u> . (JAB) (Entered: 05/20/2015) |
| 06/03/2015 | <u>175</u> | | CJA 20 as to Mediha Medy Salkicevic: Authorization to Pay Talmage E. Newton. Voucher # 150506000166. Signed by District Judge Catherine D. Perry on 05/27/2015. (CBL) (Entered: 06/03/2015) |
| 06/05/2015 | 177 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic: IT IS HEREBY ORDERED that the Status Conference set for June 25, 2015 will be held at 1:00pm. Signed by Magistrate Judge David D. Noce on 6/5/2015. (KMS) (Entered: 06/05/2015) |
| 06/10/2015 | <u>178</u> | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic: IT IS HEREBY ORDERED that all defendants in this action, whether released or detained, not communicate in any fashion, directly or indirectly, with one or more codefendants in this action about any subject matter related to this action without the knowledge of, presence of, and participation by legal counsel for each respective defendant. Signed by Magistrate Judge David D. Noce on 6/10/2015. (KMS) (Entered: 06/10/2015) |
| 06/19/2015 | <u>179</u> | | Second MOTION for Leave to: Appear for June 25 status by telephone by Mediha Medy Salkicevic. (Gambino, Andrea) (Entered: 06/19/2015) |
| 06/19/2015 | <u>180</u> | | MOTION for Hearing *Pursuant to CIPA and Supporting Memorandum of Law* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Drake, Matthew) (Entered: 06/19/2015) |
| 06/22/2015 | 181 | | Docket Text ORDER as to Mediha Medy Salkicevic : ORDERED GRANTING <u>179</u> Second MOTION for Leave to Appear for June 25 status by telephone by Mediha Medy Salkicevic. (Gambino, Andrea). Signed by Magistrate Judge David D. Noce on 6/22/15. |

| | | | |
|---|---|---|---|
| | | | (KKS) (Entered: 06/22/2015) |
| 06/23/2015 | 182 | | Joint MOTION for Extension of Time to File Motion to Dismiss by Nihad Rosic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Trog, JoAnn) (Entered: 06/23/2015) |
| 06/25/2015 | 184 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:ATTORNEYS ONLY Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic held on 6/25/2015; Parties present for status conference; scheduling issues discussed. JoAnn Trog advised the court defendants believe they should have a budget by the status conference following the next status conference. The Court directed Clerk to enter a DTO granting 180 with further orders to follow. Deadline for filing non–evidentiary motions to dismiss is Oct 30th. Next status conference set Aug 20, 2015 @ 2:00 PM. ( Response to Court due by 10/30/2015., Status Conference set for 8/20/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.) (FTR Gold Operator initials:Katie Stamm.) (FTR Gold: Yes.) (proceedings started: 1:10.) (proceedings ended: 1:55.) (Defendant Location: Counsel Only.) (KKS) (Entered: 06/25/2015) |
| 06/25/2015 | 185 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic : GRANTING 180 MOTION by the government for Hearing *Pursuant to CIPA and Supporting Memorandum of Law*. Further orders to be issued.. Signed by Magistrate Judge David D. Noce on 6/25/15. (KKS) (Entered: 06/25/2015) |
| 07/06/2015 | 186 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (See Full Order.) Pursuant to CIPA and the Security Procedures, the court hereby designates and appoints Security Specialist Branden M. Forsgren as the CISO for the above–captioned case. The court also designates Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Joan B. Kennedy, Michael P. Macisso, Maura P. Peterson, Carli Rodriguez–Feo, Harry J. Rucker and W. Scooter Slade, as alternate CISOs in the above–captioned case. Signed by District Judge Catherine D. Perry on 07/06/2015. (CBL) (Entered: 07/06/2015) |
| 07/15/2015 | 187 | | ORDER as to Ramiz Zijad Hodzic (1), Sedina Unkic Hodzic (2), Nihad Rosic (3), Mediha Medy Salkicevic (4), Armin Harcevic (5), Jasminka Ramic (6). IT IS HEREBY ORDERED that the joint request of defendants for an extension of time to file motions to dismiss (Doc. 182 ) is sustained. The previously set deadline for the filing of pretrial motions to dismiss is set aside. A new deadline will be discussed with counsel at the next status conference, set for August 20, 2015 at 2:00 p.m. Signed by Magistrate Judge David D. Noce on 07/15/2015. (CBL) (Entered: 07/15/2015) |
| 08/17/2015 | 190 | | MOTION for Leave to: Appear for August 20 Status via telephone by Mediha Medy Salkicevic. (Gambino, Andrea) (Entered: 08/17/2015) |
| 08/18/2015 | 191 | | Docket Text ORDER as to Mediha Medy Salkicevic Re: 190 MOTION for Leave to: Appear for August 20 Status via telephone by Mediha Medy Salkicevic. (Gambino, Andrea) filed by Mediha Medy Salkicevic ; ORDERED SUSTAINED.. Signed by Magistrate Judge David D. Noce on 08/18/15. (SMB) (Entered: 08/18/2015) |
| 08/20/2015 | 193 | | Minute Entry for Status Conference proceedings held before Magistrate Judge David D. Noce (COUNSEL ONLY)as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic ; Parties present for status conference. The new deadline for filing non– evidentiary motions to dismiss is Oct 7th. Next status conference set Thursday, October 8, 2015 @ 2:00 PM ( Criminal Pretrial |

| | | | |
|---|---|---|---|
| | | | Motion due by 10/7/2015., Status Conference set for 10/8/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.) (FTR Gold Operator initials:Katie Stamm.) (FTR Gold: Yes.) (proceedings started: 2:00PM.) (proceedings ended: 2:40PM.) (Defendant Location: Counsel Only.) (KKS) (Entered: 08/20/2015) |
| 10/07/2015 | 207 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic Re: 124 MOTION for Leave to File Sealed Motion *Response to Government's Motion for Detention* by Nihad Rosic. (Trog, JoAnn) filed by Nihad Rosic; ORDERED SUSTAINED. Signed by Magistrate Judge David D. Noce on 10/07/2015. (SMB) (Entered: 10/07/2015) |
| 10/08/2015 | 213 | | Minute Entry for Status Conference proceedings held before Magistrate Judge David D. Noce as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 10/8/2015,Parties present for status of case: Not later than November 16, 2015, parties to file Motions to Dismiss; response ddl is 12/10/15; reply ddl is 12/20/15; Next status conference set on November 19, 2015 @ 2:00PM; Court granted motion # 209 . ( Response to Court due by 11/16/2015., Status Conference set for 11/19/2015 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.) (FTR Gold Operator initials:Katie Stamm.) (FTR Gold: Yes.) (proceedings started: 2:08.) (proceedings ended: 2:29.) (Defendant Location: COUNSEL ONLY.) (KKS) (Entered: 10/08/2015) |
| 10/08/2015 | 214 | | SCHEDULING ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic: Following the status conference the court conducted with counsel on the record today, IT IS HEREBY ORDERED that the joint motion for an extension of time to file motions to dismiss the indictment due to legal insufficiency on its face (Doc. 206 ) is sustained. Defendants may file such motions not later than November 16, 2015. The government may have until not later than December 16, 2015 to file a response to those motions and to the motion to dismiss recently filed (Doc. 208). Defendants may have until not later than December 30, 2015 to file a reply. IT IS FURTHER ORDERED that the next status conference of the court with counsel for all parties is set for Thursday, November 19, 2015, at 2:00 p.m. Signed by Magistrate Judge David D. Noce on 10/8/15. (JAB) (Entered: 10/08/2015) |
| 11/19/2015 | 230 | | MOTION to Dismiss Indictment/Counts *I and III* by Mediha Medy Salkicevic. (Gambino, Andrea) (Entered: 11/19/2015) |
| 11/19/2015 | 231 | | MEMORANDUM in SUPPORT of MOTION to Dismiss Indictment/Counts 230 by Mediha Medy Salkicevic. (Gambino, Andrea) Modified on 11/19/2015 (KKS). (Motion terminated – wrong event used) (Entered: 11/19/2015) |
| 11/19/2015 | 232 | | MOTION for Leave to: File INSTANTER Motion to Dismiss and Supporting Memorandum by Mediha Medy Salkicevic. (Gambino, Andrea) (Entered: 11/19/2015) |
| 11/19/2015 | 233 | | Minute Entry for Status Conference proceedings held before Magistrate Judge David D. Noce as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic on 11/19/2015; Parties present for status of case: Motion for extension of time by Ramiz Hodzic 222 granted; ddl for filing Motion to Dismiss is December 9th ; Governments response to all of the Motions to Dismiss is January 6, 2016; Next status conference set on January 7, 2016 @ 2:00PM; Motion by Mediha Salkicevic 232 granted by docket text order. Motion by Armin Harcevic granted 229 ; Order to issue. Proposal by defendants regarding shared interpreter expenses with FPD to be submitted within 30 days; Government has no objection to the request by defendants for additional time to file pretrial motions not before March 1, 2016; Atty Paul D'Agrosa to coordinate a |

| | | | |
|---|---|---|---|
| | | | conference call with Clark Devereux and other appointed attorneys to discuss a proposed pretrial motions budget. ( Status Conference set for 1/7/2016 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.) (FTR Gold Operator initials:Katie Stamm.) (FTR Gold: Yes.) (proceedings started: 2:20PM.) (proceedings ended: 2:36PM.) (KKS) (Entered: 11/19/2015) |
| 11/19/2015 | 234 | | ORDER FOLLOWING STATUS CONFERENCE as to Ramiz Zijad Hodzic (1), Sedina Unkic Hodzic (2), Nihad Rosic (3), Medina Medy Salkicevic (4), Armin Harcevic (5):IT IS HEREBY ORDERED that the motion of defendant Mediha Medy Salkicevic for leave to file her motion to dismiss and supporting memorandum instanter out of time (Doc. 232 )is sustained. IT IS FURTHER ORDERED that the motion of defendant Ramiz Zijad Hodzic to extend the deadline for filing pretrial motions to dismiss the indictment due to legal insufficiency arising from the face of the indictment (Doc. 222 ) is sustained. Defendant may have until December 9, 2015, to file said motion. IT IS FURTHER ORDERED that the oral request of the government for an extension of time to file a response to all the motions to dismiss of the defendants is sustained. The government may have until January 6, 2016 to file individual responses or a joint response to the motions to dismiss. IT IS FURTHER ORDERED that the motion of defendant Armin Harcevic for authorization to employ an expert Serbo–Croation language translator under the Criminal Justice Act (Doc. 229 ) is sustained. Although defendant Harcevic is not represented by counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, the court finds that the services sought by the motion are necessary to defendants defense. Further, based upon the CJA 23 financial affidavit filed by defendant Harcevic (Doc. 92), the court finds that defendant Harcevic is financially unable to obtain the requested translator services. 18 U.S.C. § 3006A(e)(1). Defendant seeks authority to expend $3,000.00 for this service for reimbursement under the CJA. However, the maximum amount this court can authorize is $2,400.00, without the approval of the Chief Judge of the United States Court of Appeals for the Eighth Circuit. Id. at § 3006A(e)(3). Therefore, the amount the court hereby authorizes for the payment of this service is $2,400.00. Additional funds may be expended following approval of the Chief Judge of the Circuit Court of a budget that provides such funds. IT IS FURTHER ORDERED that the next status conference of the court with counsel is set for Thursday, January 7, 2016 at 2:00 p.m. Signed by Magistrate Judge David D. Noce on 11/19/15. (JAB) (Entered: 11/19/2015) |
| 01/05/2016 | 250 | | MOTION for Extension of Time to File Response/Reply as to 236 MOTION to Dismiss Indictment/Counts by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Marcus, Howard) (Entered: 01/05/2016) |
| 01/06/2016 | 255 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 250 MOTION for Extension of Time to File Response/Reply as to 236 MOTION to Dismiss Indictment/Counts by USA (Marcus, Howard) ; ORDERED GRANTED Response to Court due by 1/14/2016. Signed by Magistrate Judge David D. Noce on 1/6/16. (JAB) (Entered: 01/06/2016) |
| 01/07/2016 | 259 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 1/7/2016; Parties present for status of case, Governments response due 1/14/16, defendants reply due 2/5/16. Next status conference set for 2/11/2016 at 2:00pm. (FTR Gold Operator initials:KMS.) (FTR Gold: Yes.) (proceedings started: 2:05.) (proceedings ended: 2:27.) (KMS) (Entered: 01/08/2016) |
| 01/14/2016 | 260 | | MOTION for Leave to: File Response In Excess Of Page Limitation by USA as to Ramiz |

| | | | |
|---|---|---|---|
| | | | Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Drake, Matthew) (Entered: 01/14/2016) |
| 01/14/2016 | 261 | | RESPONSE in Opposition by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic re 223 MOTION to Dismiss Indictment/Counts , 208 MOTION to Dismiss Indictment/Counts *I and III*, 225 MOTION to Dismiss Indictment/Counts , 236 MOTION to Dismiss Indictment/Counts , 230 MOTION to Dismiss Indictment/Counts *I and III* (Drake, Matthew) (Entered: 01/14/2016) |
| 01/19/2016 | 262 | | ENTRY OF ATTORNEY APPEARANCE Joshua D. Champagne appearing for USA. (Champagne, Joshua) (Entered: 01/19/2016) |
| 01/19/2016 | 263 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic : GRANTING 260 MOTION for Leave to File Response In Excess Of Page Limitation by USA. Signed by Magistrate Judge David D. Noce on 1/19/16. (KKS) (Entered: 01/19/2016) |
| 02/04/2016 | 268 | | REPLY TO RESPONSE to Motion by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic re 208 MOTION to Dismiss Indictment/Counts *I and III* (Swift, Charles) (Entered: 02/04/2016) |
| 02/11/2016 | 272 | | Minute Entry for Status Conference (Counsel Only) proceedings held before Magistrate Judge David D. Noce as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 2/11/2016, Status of case discussed. ( Status Conference set for 4/14/2016 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.) (FTR Gold Operator initials:Katie Stamm.) (FTR Gold: Yes.) (proceedings started: 2:15pm.) (proceedings ended: 2:24pm.) (Defendant Location: Counsel Only.) (KKS) (Entered: 02/11/2016) |
| 02/17/2016 | 273 | | Motion for leave SURREPLY to Motion by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic re 223 MOTION to Dismiss Indictment/Counts , 208 MOTION to Dismiss Indictment/Counts *I and III*, 225 MOTION to Dismiss Indictment/Counts , 236 MOTION to Dismiss Indictment/Counts , 230 MOTION to Dismiss Indictment/Counts *I and III* (Attachments: # 1 Supplement Government's Sur Reply and Supplement, # 2 Exhibit Government's Exhibit A, # 3 Exhibit Government's Exhibit B)(Drake, Matthew) Modified on 2/18/2016 (KKS). (Entered: 02/17/2016) |
| 04/06/2016 | 287 | | MOTION to Continue ; Status Conference by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Marcus, Howard) (Entered: 04/06/2016) |
| 04/11/2016 | 289 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic : GRANTING 287 MOTION to Continue Status Conference by USA ; Status Conference reset for 4/21/2016 @ 2:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.. Signed by Magistrate Judge David D. Noce on 4/11/16. (KKS) (Entered: 04/11/2016) |
| 04/21/2016 | 290 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 4/21/2016. Discovery matters discussed. Counsel to file a joint motion for defendants to appear in person for status conferences. Next status conference set for 6/23/16 @ 2:00PM. Proposed schedule for pretrial matters and |

| | | | |
|---|---|---|---|
| | | | evidentiary hearing due by 6/16/16. (FTR Gold Operator initials:JBernsen.) (FTR Gold: Yes.) (proceedings started: 2:36PM.) (proceedings ended: 3:06PM.) (JAB) (Entered: 04/21/2016) |
| 04/21/2016 | 292 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 273 Motion for leave SURREPLY to Motion by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic re 223 MOTION to Dismiss Indictment/Counts , 208 MOTION to Dismiss Indictment/Counts *I and III*, 225 MOTION to Dismiss Indictment/Counts , 236 MOTION to Dismiss Indictment/Counts , 230 MOTION to Dismiss Indictment/Counts *I and III* (Drake, Matthew) filed by USA ; ORDERED GRANTED. Signed by Magistrate Judge David D. Noce on 4/21/16. (JAB) (Entered: 04/21/2016) |
| 05/09/2016 | 293 | | Sealed Document; Letters to the Court re: Mediha Medy Salkicevic (KKS) (Entered: 05/11/2016) |
| 06/13/2016 | 303 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic : GRANTING 296 Joint MOTION of Defendants to Appear in Person for the Status Conference on June 23, 2016 by Ramiz Zijah Hodzic, Nihad Rosic, and Mediha Medy Salkicevic Modified on 6/7/2016–corrected event to motion and added Ramiz Hodzic and Mediha Salkicevic as filers (JAB). filed by Nihad Rosic (cc: USMS). Signed by Magistrate Judge David D. Noce on 6/13/16. (KKS) (Entered: 06/13/2016) |
| 06/16/2016 | 304 | | RESPONSE TO COURT by Nihad Rosic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, (Trog, JoAnn) Modified on 6/17/2016–removed defendant Jasminka Ramic as a filer (JAB). (Entered: 06/16/2016) |
| 06/20/2016 | 305 | | PRETRIAL MOTION SCHEDULING ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: Without objection by the government, IT IS HEREBY ORDERED that the Proposed Pretrial Hearing Schedule submitted jointly by defense counsel (ECF No. 304 ) is accepted. Therefore, IT IS FURTHER ORDERED that (a) each party1 has until October 14, 2016 to file any further pretrial motion(s); (b) all parties may have until November 4, 2016 to respond to said motion(s); and (c) all parties may have until November 11, 2016 to file a reply. IT IS FURTHER ORDERED that the pretrial evidentiary hearing is set for the week of December 12, 2016, excluding Thursday, December 15, 2016. IT IS FURTHER ORDERED that a conference of the court with counsel for all parties to discuss the presentation of evidence in the pretrial evidentiary hearing is set for Thursday, October 20, 2016, at 2:00 p.m. Signed by Magistrate Judge David D. Noce on 6/20/16. (JAB) (Entered: 06/20/2016) |
| 06/21/2016 | 306 | | ORDER VACATING STATUS CONFERENCE, SETTING NEXT CONFERENCE AND SETTING HEARING ON MOTION FOR NEW COUNSEL as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: Upon motion of the court, the court having issued a pretrial scheduling order (ECF 305), IT IS HEREBY ORDERED that the status conference with counsel and the court, setfor Thursday, June 23, 2016 is vacated. Instead of appearing in open court and making an oral report of the status of the proceedings, counsel for each party must, not later than June 30, 2016, file a written report of the status of the case from the perspective of counsel's respective client. IT IS FURTHER ORDERED that the pro se motion of defendant Ramiz Zijad Hodzic for new counsel (ECF 295) is set for a hearing on Thursday, June 23, 2016, at 2:00 p.m. IT IS FURTHER ORDERED that the next status conference of the court with counsel is set for Thursday, August 18, 2016, at 2:00 p.m. Signed by Magistrate Judge |

| | | | |
|---|---|---|---|
| | | | David D. Noce on 6/21/16. (JAB) (Entered: 06/21/2016) |
| 06/21/2016 | 307 | | MOTION for Special Appearance by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order)(Swift, Charles) (Entered: 06/21/2016) |
| 06/21/2016 | 308 | | Amended MOTION for Special Appearance *for Linda Moreno* by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order)(Swift, Charles) (Entered: 06/21/2016) |
| 06/29/2016 | 313 | | STATUS REPORT by Armin Harcevic as to Armin Harcevic, (Swift, Charles) Modified text on 6/29/2016 (KKS). (Entered: 06/29/2016) |
| 06/30/2016 | 316 | | RESPONSE TO COURT by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic (Drake, Matthew) (Entered: 06/30/2016) |
| 07/27/2016 | 319 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the next status conference of the court with counsel for all parties is reset from August 18 to Tuesday, August 30, 2016, at 2:00 p.m. IT IS FURTHER ORDERED that the motions of defendant Armin Harcevic (ECF Nos. 307 , 308 ) for the special appearance of counsel to substitute at one proceeding for counsel who have entered their appearances are denied as moot. Status Conference set for 8/30/2016 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 7/27/2016. (CLO) (Entered: 07/27/2016) |
| 07/29/2016 | 321 | | MOTION for Leave to File Sealed Motion by USA as to Mediha Medy Salkicevic. (Marcus, Howard) (Entered: 07/29/2016) |
| 07/29/2016 | 322 | | SEALED MOTION by USA as to Mediha Medy Salkicevic. (Marcus, Howard) (Entered: 07/29/2016) |
| 07/29/2016 | 323 | | ORDER as to Mediha Medy Salkicevic – IT IS HEREBY ORDERED that the U.S. Attorney's motion for leave to file a sealed motion 321 and motion 322 are granted. This matter is set for a status hearing before U.S. Magistrate Judge David D. Noce on Monday, August 1, 2016 at 2:00 p.m. in Courtroom 17–North. IT IS FURTHER ORDERED that the possible change of plea hearing in this matter is set for Monday, August 1, 2016 at 3:30 p.m. before the undersigned in Courtroom 14–South. Change of Plea Hearing set for 8/1/2016 03:30 PM in Courtroom 14S before District Judge Catherine D. Perry. Status Conference set for 8/1/2016 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by District Judge Catherine D. Perry on July 29, 2016. (MCB) (Entered: 07/29/2016) |
| 08/01/2016 | 324 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Mediha Medy Salkicevic held on 8/1/2016. Parties present for status conference. Proceedings sealed due to subject matter including potential unrelated investigation. Court granted Defendant's Attorney 30 days to file a Response to the Government's Motion. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 2:02 pm) (proceedings ended: 2:20 pm) (Defendant Location: Custody) (CLO) (Entered: 08/01/2016) |
| 08/01/2016 | 325 | | INTERPRETER USAGE REPORT as to defendant Mediha Medy Salkicevic Interpreter: Belma Salescevic proceedings started: 2:02 pm proceedings ended: 2:20 pm (CLO) |

| | | | |
|---|---|---|---|
| | | | (Entered: 08/01/2016) |
| 08/01/2016 | 326 | | Minute Entry for proceedings held before District Judge Catherine D. Perry:Minutes as to Mediha Medy Salkicevic held on 8/1/2016. Parties present for scheduled change of plea hearing. Plea will not go forward at this time. Defendant is remanded to custody. (Court Reporter:G. Madden) (FTR Gold: No) (proceedings started: 3:37 p.m) (proceedings ended: 3:39 p.m) (Defendant Location: Custody) (CBL) (Entered: 08/01/2016) |
| 08/01/2016 | 327 | | INTERPRETER USAGE REPORT as to defendant Mediha Medy Salkicevic Interpreter: Belma Salesevic proceedings started: 3:37 p.m. proceedings ended: 3:39 p.m. (CBL) (Entered: 08/10/2016) |
| 08/22/2016 | 328 | | REPORT AND RECOMMENDATIONS as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY RECOMMENDED that the motions of defendants Armin Harcevic (ECF No. 208 ), Sedina Hodzic (ECF No. 223 ), Nihad Rosic (ECF No. 225 ), Mediha Salkicevic (ECF No. 230 ), and Ramiz Hodzic (ECF No. 236 ) to dismiss the indictment be denied. The parties have until September 9, 2016 to file documentary objections to this Report and Recommendation. The failure to file timely documentary objections may waive the right to appeal issues of fact. Objections to R&R due by 9/9/2016. Signed by Magistrate Judge David D. Noce on 8/22/16. (JAB) (Entered: 08/22/2016) |
| 08/23/2016 | 329 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that, if at the trial of this action any defendant would offer evidence of an affirmative defense to be decided by a jury, each said defendant must not later than October 14, 2016, file a documentary proffer of the specific facts and supporting evidence for any such affirmative defense. The government may have until November 4, 2016, to respond thereto. Each respective defendant may have until November 11, 2016, to file a reply. Signed by Magistrate Judge David D. Noce on 8/23/16. (JAB) (Entered: 08/23/2016) |
| 08/30/2016 | 330 | | Minute Entry for Status Conference proceedings held before Magistrate Judge David D. Noce as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic on 8/30/2016 ; Status of case discussed. (TIP Interpreter name: Belma Salesvic)(FTR Gold Operator initials:Katie Stamm) (FTR Gold: Yes) (proceedings started: 2:07 pm) (proceedings ended: 2:40 pm) (Defendant Location: See Attached List) (KKS) (Entered: 08/30/2016) |
| 08/30/2016 | 331 | | INTERPRETER USAGE REPORT as to defendant Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic Interpreter: Belma Salesvic proceedings started: 2:07 pm proceedings ended: 2:40 pm (KKS) (Entered: 08/30/2016) |
| 08/31/2016 | 332 | | ORDER SETTING NEXT STATUS CONFERENCE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic ;Following the status conference of the court with counsel held on August 30, 2016, IT IS HEREBY ORDERED that the next status conference of the court with only counsel for all parties is set on Thursday, October 20, 2016, at 2:00 p.m. The agenda of that conference will include discussion of a proposed evidentiary hearing setting of on then pending motions beginning Monday, November 21, 2016 at 10:00 a.m. Status Conference set for 10/20/2016 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 8/31/16. (KKS) (Entered: 08/31/2016) |
| 09/02/2016 | 335 | | Sealed Letter to Court by Defendant (Original mailed to Andrea Gambino)(CLO) (Entered: 09/06/2016) |

| 09/09/2016 | 337 | | OBJECTION TO REPORT AND RECOMMENDATIONS 328 by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic (Swift, Charles) (Entered: 09/09/2016) |
|---|---|---|---|
| 09/09/2016 | 338 | | OBJECTION TO REPORT AND RECOMMENDATIONS 328 by Ramiz Zijad Hodzic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic (Dragan, Diane) (Entered: 09/09/2016) |
| 09/09/2016 | 340 | | MOTION for Leave to File Sealed Motion by Armin Harcevic (Swift, Charles) Modified filer text on 9/12/2016 (KKS). (Entered: 09/09/2016) |
| 09/12/2016 | 343 | | OBJECTION TO REPORT AND RECOMMENDATIONS 328 by Mediha Medy Salkicevic (Gambino, Andrea) (Entered: 09/12/2016) |
| 09/20/2016 | 344 | | RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic 337 , 338 , 343 , 336 , 339 (Drake, Matthew) (Main Document 344 replaced to include certificate of service on 9/21/2016) (CLO). (Entered: 09/20/2016) |
| 10/05/2016 | 346 | | ORDER : (See Order for Full Details) IT IS HEREBY ORDERED that the defendants' joint unopposed motion foradditional time to file pretrial motions (ECF No. 345 ) is sustained as follows: Defendants must file any further traditional pretrial motions no later than January 30, 2017. The government may file a response no later than February 20, 2017. Defendants may file a reply, if any, no later than March 1, 2017. IT IS FURTHER ORDERED that the pretrial evidentiary hearing is reset for the week of March 20, 2017. IT IS FURTHER ORDERED that the courts scheduling orders dated June 20, 2016 and August 23, 2016 (ECF. Nos. 305, 329) are VACATED as moot. IT IS FURTHER ORDERED that a conference of the court and counsel for all parties to discuss the presentation of evidence in the pretrial evidentiary hearing is set for Thursday, February 9, 2017, at 2:00 p.m. Criminal Pretrial Motion due by 1/30/2017. Evidentiary Hearing set for 3/20/2017 09:00 AM in Courtroom 17N before Magistrate Judge David D. Noce. Status Conference set for 2/9/2017 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 10/05/16. (KKS) (Entered: 10/05/2016) |
| 10/06/2016 | 347 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the next status conference remains set for Thursday, October 20, 2016 at 2:00PM before Magistrate Judge Noce in Courtroom 17N. Signed by Magistrate Judge David D. Noce on 10/6/16. (JAB) (Entered: 10/06/2016) |
| 10/20/2016 | 349 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic held on 10/20/2016. Parties present for status conference. Status of the case and various deadlines discussed. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 2:04 pm) (proceedings ended: 2:33 pm) (Defendant Location: See Attached List) (CLO) (Entered: 10/20/2016) |
| 10/20/2016 | 350 | | INTERPRETER USAGE REPORT as to defendant Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic Interpreter: Belma Salesevic proceedings started: 2:04 pm proceedings ended: 2:33 pm (CLO) (Entered: 10/20/2016) |
| 01/25/2017 | 357 | | ORDER REGARDING NEXT STATUS CONFERENCE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the defendants' joint motion for extensions of time (ECF No. |

| | | | |
|---|---|---|---|
| | | | 356 ) will be taken up by the court at the next status conference of the court with counsel for all parties, which is set on Thursday, February 9, 2017, at 2:00 p.m. Signed by Magistrate Judge David D. Noce on 1/25/17. (JAB) (Entered: 01/25/2017) |
| 02/09/2017 | 358 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic ; ORDERED that due to availability of detained defendants, the status conference is reset to Thursday, February 9, 2017 at 2:30 pm. THIS IS A TIME CHANGE ONLY. Signed by Magistrate Judge David D. Noce on 02/09/2017. (SMB) (Entered: 02/09/2017) |
| 02/09/2017 | 359 | | Minute Entry for Status Conference proceedings held before Magistrate Judge David D. Noce: as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 2/9/2017, Motion Hearing as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 2/9/2017 Parties present for Status Conference and for a hearing on the Motion for Extension of Time to File "Traditional" Pretrial Motions and Evidence of Affirmative Defense on Behalf of All Defendants 356 . Court held discussions. Order to issue. ( Status Conference set for 3/30/2017 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce.) (TIP Interpreter name: Elma Salesevic)(FTR Gold Operator initials:Katie Stamm) (FTR Gold: Yes) (proceedings started: 2:40 pm) (proceedings ended: 3:11 pm) (KKS) (Main Document 359 replaced on 3/14/2017) (KKS). (Entered: 02/09/2017) |
| 02/09/2017 | 360 | | INTERPRETER USAGE REPORT as to defendant Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic Interpreter: Elma Salesevic proceedings started: 2:40 PM proceedings ended: 3:11 PM (KKS) (Entered: 02/09/2017) |
| 02/13/2017 | 361 | | AMENDED SCHEDULING ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that defendants joint unopposed motion for additional time to file "traditional" pretrial motions and notices of affirmative defense(s) (ECF No. 356 ) is sustained as follows: a. Defendants must file any further traditional pretrial motions no later than May 1, 2017. The government may respond no later than May 22, 2017. Defendants may reply to the government's response no later than June 1, 2017. b. Defendants must file a proffer of evidence of any affirmative defense(s) to be decided by the jury no later than May 1, 2017. The government may file a response no later than May 22, 2017. Defendants may file a reply no later than June 1, 2017. IT IS FURTHER ORDERED that, considering the information set forth in the joint motion of the defendants for additional time (ECF No. 356), and for the reasons set forth in the Order finding this case to be complex (ECF No. 35), the time from the arraignment of the defendants to the date further pretrial motions or the waiver thereof are to be filed, as set forth in the instant Order, continues to be excluded from computation of the latest date for the trial setting as prescribed by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). IT IS FURTHER ORDERED that the pretrial evidentiary hearing is reset for the week of June 19, 2017. IT IS FURTHER ORDERED that the next status conference is set for Thursday, March 30, 2017, at 2:00 p.m. Signed by Magistrate Judge David D. Noce on 2/13/17. (JAB) (Entered: 02/13/2017) |
| 02/13/2017 | 362 | | Sealed Order as to Mediha Medy Salkicevic Signed by Magistrate Judge David D. Noce on 2/13/17. (cc: Andrea Gambino, attorneys for Government) (JAB) (Entered: 02/13/2017) |
| 02/17/2017 | 363 | | MOTION for Pretrial Determination of the Admissibility of defendant's *pursuant to Frye Hearing* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 02/17/2017) |

| 02/21/2017 | 367 | | ORDER as to Mediha Medy Salkicevic re 363 MOTION for Pretrial Determination of the Admissibility of defendant's *pursuant to Frye Hearing* filed by USA. IT IS HEREBY ORDERED that the U. S Attorney's motion 363 is granted and this matter is set for a hearing as to defendant Mediha Medy Salkicevic on Friday, March 17, 2017 at 4:00 p.m. in Courtroom 14 South to make a record of any formal plea offers made by the government to this defendant, as contemplated by Missouri v. Frye, 566 U.S. 133, 132 U.S. 1399, 1408–09 (2012). Defendant Mediha Medy Salkicevic's appearance in person is required at thishearing. In Court Hearing set for 3/17/2017 04:00 PM in Courtroom 14S before District Judge Catherine D. Perry. Signed by District Judge Catherine D. Perry on February 21, 2017. (MCB) Modified on 2/23/2017 (MCB). (Entered: 02/21/2017) |
| --- | --- | --- | --- |
| 02/24/2017 | 368 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Mediha Medy Salkicevic held on 2/24/2017. Parties present for status conference. Status of case discussed. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 1:58 pm) (proceedings ended: 2:02 pm) (Defendant Location: CUSTODY) (CLO) (Entered: 02/24/2017) |
| 03/08/2017 | 369 | | MOTION to Continue ; Hearing by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 03/08/2017) |
| 03/09/2017 | 370 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic – IT IS HEREBY ORDERED that the U. S Attorney's motion 369 is granted and the hearings as contemplated by Missouri v. Frye, 566 U.S. 133, 132 U.S. 1399, 1408–09 (2012), set for Sedina Unkic Hodzic(2) on March 16, 2017; Nihad Rosic(3) and Mediha Medy Salkicevic(4) on March 17, 2017 and Armin Harcevic (5) on March 21, 2017 are VACATED at this time. Signed by District Judge Catherine D. Perry on March 9, 2017. (MCB) (Entered: 03/09/2017) |
| 03/14/2017 | 371 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that at the status conference of the court with the parties, which has been previously set for and will be held on Thursday, March 30, 2017, at 2:00 p.m. (ECF No. 361), the court will discuss whether the filing of the parties' proffers of information, evidence, and briefing on any affirmative defense(s) defendants would present at trial ought to be set other than as currently set in ECF No. 361 (filings of proffers and arguments currently set for filing not later than May 1, May 22, and June 1, 2017).IT IS FURTHER ORDERED that all defendants and their counsel must personally attend the status conference set for March 30, 2017. Signed by Magistrate Judge David D. Noce on 3/14/17. (JAB) (Entered: 03/14/2017) |
| 03/30/2017 | 373 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 3/30/2017. Parties present for Status Conference and Hearing on Defendants' Motion for Extension of Time 372 . Discussion held. Written order to issue. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 2:12 pm) (proceedings ended: 2:46 pm) (Defendant Location: Defendants 2 and 5 on BOND; Defendants 1,3,and 4 in CUSTODY) (CLO) (Entered: 03/30/2017) |
| 03/30/2017 | 374 | | INTERPRETER USAGE REPORT as to defendant Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Interpreter: Elma Salesevic proceedings started: 2:12 pm proceedings ended: 2:46 pm (CLO) (Entered: 03/31/2017) |
| 04/05/2017 | 375 | | |

| | | | |
|---|---|---|---|
| | | | Sealed letter to the Court (JAB)(Original mailed to Andrea Gambino) (Entered: 04/06/2017) |
| 04/19/2017 | 376 | | Mail Returned as Undeliverable. Mail sent to Attorney Andrea E. Gambino. Returned document : 375 Sealed Document. Could not verify new address and mail was not resent. (KKS) (Entered: 04/19/2017) |
| 05/24/2017 | 381 | | AMENDED SCHEDULING ORDER REGARDING AFFIRMATIVE DEFENSE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that (1) the joint motion of the defendants for an extension of time, filed on March 28, 2017 (ECF No. 372 ), and (2) the motion of defendant Ramiz Zijad Hodzic, on behalf of all defendants, and without objection by the government, for an additional extension of time, filed on May 23, 2017 (ECF No. 380 ), are sustained, in that: 1) The defendants may have until not later than June 30, 2017, to file their proffer of specific items of evidence and the specific facts to be proven by the evidence, to support the lawful combatant affirmative defense; 2) The government may have until not later than July 21, 2017, to file its response; 3) The defendants may have until not later than August 4, 2017, to file their reply. Signed by Magistrate Judge David D. Noce on 5/24/17. (JAB) (Entered: 05/24/2017) |
| 05/24/2017 | 383 | | ORDER as to Mediha Medy Salkicevic: IT IS HEREBY ORDERED that a status conference of the court with defendant Mediha Medy Salkicevic and her retained counsel, Andrea E. Gambino, Esq., is set for Tuesday, May 30, 2017 at 2:30 p.m. Both defendant and her counsel must attend this status conference in person in the courtroom of the undersigned. Signed by Magistrate Judge David D. Noce on 5/24/2017. (CLO) (Entered: 05/24/2017) |
| 05/30/2017 | 384 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Mediha Medy Salkicevic held on 5/30/2017. Parties present for status conference. Discussion held. Written order to issue regarding appointment of co−counsel. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 2:35 pm) (proceedings ended: 2:45 pm) (Defendant Location: CUSTODY) (CLO) (Entered: 05/30/2017) |
| 06/01/2017 | 385 | | ORDER APPOINTING COUNSEL UNDER CJA as to Mediha Medy Salkicevic. IT IS HEREBY ORDERED that attorney J. Christian Goeke, Esq., is appointed under the Criminal Justice Act as additional counsel with presently entered pro bono counsel to represent defendant MEDIHA MEDY SALKICEVIC in this action. Signed by Magistrate Judge David D. Noce on 6/1/2017. (CLO) (Entered: 06/01/2017) |
| 06/02/2017 | 386 | | ENTRY OF ATTORNEY APPEARANCE: by J. Christian Goeke on behalf of Mediha Medy Salkicevic (Goeke, J.) (Entered: 06/02/2017) |
| 06/29/2017 | 388 | | SECOND AMENDED SCHEDULING ORDER REGARDING AFFIRMATIVE DEFENSE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the unopposed joint motion of the defendants for a three−week extension of time to file their memorandum in support of combatant immunity as an affirmative defense (Doc. 387 ) is sustained as follows. 1) The defendants may have until July 21, 2017, to file their proffer of specific items of evidence and the specific facts to be proven by the evidence, to support the lawful combatant affirmative defense; 2) The government may have until August 11, 2017, to file its response; 3) The defendants may have until August 25, 2017, to file their reply. Signed by Magistrate Judge David D. Noce on 6/29/17. (JAB) (Entered: 06/29/2017) |
| 07/21/2017 | 389 | | |

| | | | |
|---|---|---|---|
| | | | JOINT MOTION for Leave to File *OVER–LENGTH MOTION TO DISMISS WITH MEMORANDUM IN SUPPORT* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) Modified docket text on 7/24/2017 (CLO). (Entered: 07/21/2017) |
| 07/21/2017 | 390 | | JOINT MOTION to Dismiss Indictment/Counts *One and Three* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Attachments: # 1 Letter Exhibit 1: Report of Brian Williams, # 2 Affidavit Exhibit 2: Declaration of Chris Chang, with Notes and Photos, # 3 Attachment Exhibit 3: Photos of Pazara)(Swift, Charles) Modified docket text on 7/24/2017 (CLO). (Entered: 07/21/2017) |
| 07/24/2017 | 391 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic Re: 389 JOINT MOTION for Leave to File *OVER–LENGTH MOTION TO DISMISS WITH MEMORANDUM IN SUPPORT* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) ; ORDERED GRANTED. Signed by Magistrate Judge David D. Noce on 7/24/2017. (CLO) (Entered: 07/24/2017) |
| 08/09/2017 | 397 | | MOTION for Extension of /time to file Response to Defendant's Joint Motion to Dismiss, MOTION for Extension of Time to File by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 08/09/2017) |
| 08/11/2017 | 398 | | THIRD AMENDED SCHEDULING ORDER REGARDING AFFIRMATIVE DEFENSE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the unopposed motion of the government for a 45–day extension of time to file a response to defendants motions to dismiss and affirmative defense concerning combatant immunity (Doc. 397 ) is sustained as follows. 1) The government has until September 25, 2017, to file its response; 2) Defendants have until October 10, 2017, to file a reply, if any. Response to Court due by 9/25/2017. Signed by Magistrate Judge David D. Noce on 8/11/17. (JAB) (Entered: 08/11/2017) |
| 09/18/2017 | 401 | | MOTION for Extension of Time to File Response/Reply *to Defendant's Joint Motion to Dismiss* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, (Marcus, Howard) Modified on 9/19/2017–corrected filer (JAB). (Entered: 09/18/2017) |
| 09/19/2017 | 402 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 401 MOTION for Extension of Time to File Response/Reply *to Defendant's Joint Motion to Dismiss* by USA (Marcus, Howard) ; ORDERED GRANTED. Response to Court due by 10/11/2017. Signed by Magistrate Judge David D. Noce on 9/19/17. (JAB) (Entered: 09/19/2017) |
| 10/11/2017 | 403 | | MOTION for Leave to File *Response in Excess of Page Limitation* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 10/11/2017) |
| 10/11/2017 | 404 | | RESPONSE in Opposition by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic re 390 MOTION to Dismiss Indictment/Counts *One and Three*, 393 Supplemental MOTION to Dismiss Indictment/Counts *UNDER THE DOCTRINE OF COMBATANT IMMUNITY AND MEMORANDUM IN SUPPORT OF THAT MOTION* (Drake, Matthew) (Entered: 10/11/2017) |

| 10/12/2017 | 405 | | Docket Text ORDER – GRANTING 403 MOTION for Leave to File *Response in Excess of Page Limitation* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) filed by USA Signed by Magistrate Judge David D. Noce on 10/12/17. (KKS) (Entered: 10/12/2017) |
| --- | --- | --- | --- |
| 10/16/2017 | 406 | | MOTION for Extension of Time to File Response/Reply *to OPPOSITION TO DEFENDANTS MOTIONS TO DISMISS THE INDICTMENT* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) (Entered: 10/16/2017) |
| 10/18/2017 | 407 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic ; GRANTING 406 MOTION for Extension of Time to File Response/Reply *to OPPOSITION TO DEFENDANTS MOTIONS TO DISMISS THE INDICTMENT* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. Response to Court due by 12/1/2017. Signed by Magistrate Judge David D. Noce on 10/18/17. (KKS) (Entered: 10/18/2017) |
| 11/30/2017 | 408 | | Joint MOTION for Leave to File *Over−Lenght Reply* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) (Entered: 11/30/2017) |
| 12/01/2017 | 409 | | REPLY TO RESPONSE to Motion by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic re 390 MOTION to Dismiss Indictment/Counts *One and Three*, 395 MOTION to Dismiss Indictment/Counts, 393 Supplemental MOTION to Dismiss Indictment/Counts *UNDER THE DOCTRINE OF COMBATANT IMMUNITY AND MEMORANDUM IN SUPPORT OF THAT MOTION* (Swift, Charles) (Entered: 12/01/2017) |
| 12/01/2017 | 410 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 408 Joint MOTION for Leave to File *Over−Lenght Reply* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) ; ORDERED GRANTED Signed by Magistrate Judge David D. Noce on 12/1/2017. (CLO) (Entered: 12/01/2017) |
| 12/06/2017 | 411 | | MOTION for Leave to File *a Sur Response in Opposition to Defendants' Motions to Dismiss* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 12/06/2017) |
| 12/08/2017 | 412 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 411 MOTION for Leave to File *a Sur Response in Opposition to Defendants' Motions to Dismiss* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) filed by USA ; ORDERED GRANTED. Response to Court due by 1/6/2018. Signed by Magistrate Judge David D. Noce on 12/8/2017. (CLO) (Entered: 12/08/2017) |
| 01/05/2018 | 414 | | SURREPLY to Motion by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic re 411 MOTION for Leave to File *a Sur Response in Opposition to Defendants' Motions to Dismiss [Government's Surreply to Defendants' Reply in Furtherance of Defendants' Motions to Dismiss (Doc 409)]* (Drake, Matthew) (Entered: 01/05/2018) |
| 01/17/2018 | 415 | | Joint MOTION for Hearing *, Legal and Evidentiary, and Setting of Status Conference* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) (Entered: 01/17/2018) |

| 01/22/2018 | 416 | | ORDER SETTING STATUS CONFERENCE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic ; IT IS HEREBY ORDERED that a status conference with the court and counsel is set for Tuesday, February 6, 2018 at 10:00 a.m. in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 1/22/18. (KKS) (Entered: 01/22/2018) |
| 02/01/2018 | 419 | | MOTION to Withdraw as Attorney by Mara M. Kohn. by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 02/01/2018) |
| 02/02/2018 | 420 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 419 MOTION to Withdraw as Attorney by Mara M. Kohn. by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) filed by USA ; ORDERED GRANTED, Attorney Mara M. Kohn terminated in case as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. Signed by Magistrate Judge David D. Noce on 2/2/2018. (CLO) (Entered: 02/02/2018) |
| 02/06/2018 | 421 | | Minute Entry for Status Conference proceedings held before Magistrate Judge David D. Noce as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic on 2/6/2018 ; Parties present for status conference. Unable to reach Attorney Andrea Gambino, message was left. Attorney Paul D'Agrosa's motion to withdraw 418 granted; attorney Kim Fretter is appointed, CJA Order to follow. Discussions held regarding Joint Motion 415 for legal & evidentiary hearing. Scheduling Order to issue regarding proposed stipulations of facts ddls. (FTR Gold Operator initials:Katie Stamm) (FTR Gold: Yes) (proceedings started: 10:16) (proceedings ended: 11:06) (KKS) Transcript request for this proceeding assigned to Court Reporter: R. Fiorino on 8/15/2019 (BABS). (Entered: 02/06/2018) |
| 03/06/2018 | 425 | | RESPONSE TO COURT by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic (Drake, Matthew) (Entered: 03/06/2018) |
| 04/16/2018 | 427 | | Letter from Mediha Medy Salkicevic to Judge Perry. (Attachments: # 1 photos) (MCB) (Entered: 04/17/2018) |
| 05/09/2018 | 429 | | ORDER AND RECOMMENDATION REGARDING LAWFUL COMBATANT AFFIRMATIVE DEFENSE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the motion of defendants for an evidentiary hearing (Doc. 415 ) is denied as moot. IT IS HEREBY RECOMMENDED that the motions of defendants to dismiss the indictment based on the affirmative defense of lawful combatant immunity (Docs. 390 , 393 , 395 ) be denied. IT IS FURTHER RECOMMENDED that defendants be permitted to present at trial evidence of the affirmative defense of lawful combatant immunity. The parties have 21 days from the date of this Order and Recommendation to file documentary objections. A motion for any extension of this period will be submitted to District Judge Catherine D. Perry for determination. The failure to file timely documentary objections may waive the right to appeal issues of fact. Signed by Magistrate Judge David D. Noce on 5/9/18. (JAB) (Main Document 429 replaced on 5/10/2018) (CLO). Modified text on 5/10/2018 (CLO). (Entered: 05/09/2018) |
| 05/30/2018 | 438 | | MOTION for Leave to File *Response in Excess of Page Limitation* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) (Entered: 05/30/2018) |

| 05/30/2018 | 439 | | OBJECTION TO REPORT AND RECOMMENDATIONS 429 by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic (Drake, Matthew) (Entered: 05/30/2018) |
|---|---|---|---|
| 05/30/2018 | 440 | | OBJECTION TO REPORT AND RECOMMENDATIONS 429 by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic (Swift, Charles) (Entered: 05/30/2018) |
| 05/31/2018 | 441 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 438 MOTION for Leave to File *Response in Excess of Page Limitation* by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Drake, Matthew) filed by USA ; ORDERED GRANTED. Signed by Magistrate Judge David D. Noce on 5/31/2018. (CLO) (Entered: 05/31/2018) |
| 06/01/2018 | 442 | | Joint MOTION For Leave to RESPOND re 439 OBJECTION TO REPORT AND RECOMMENDATIONS 429 by USA by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic (Dragan, Diane) Modified text on 6/4/2018 (JAB). (Entered: 06/01/2018) |
| 06/04/2018 | 443 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 442 Joint MOTION For Leave to RESPOND re 439 OBJECTION TO REPORT AND RECOMMENDATIONS 429 by USA ; ORDERED: Motion is GRANTED. Objections to R&R due by 6/25/2018 Signed by District Judge Catherine D. Perry on June 4, 2018. (MCB) (Entered: 06/04/2018) |
| 06/20/2018 | 444 | | RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic 440 (Drake, Matthew) (Entered: 06/20/2018) |
| 06/21/2018 | 445 | | MOTION for Leave to File *Response in Excess of Page Limitation* by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) (Entered: 06/21/2018) |
| 06/21/2018 | 446 | | RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic 439 (Swift, Charles) (Entered: 06/21/2018) |
| 06/22/2018 | 447 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Re: 445 MOTION for Leave to File *Response in Excess of Page Limitation; ORDERED :Motion is GRANTED. Signed by District Judge Catherine D. Perry on June 22, 2018. (MCB) (Entered: 06/22/2018)* |
| 07/20/2018 | 448 | | Joint MOTION to Take Foreign Deposition by Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) (Entered: 07/20/2018) |
| 07/23/2018 | 449 | | MOTION to Withdraw as Attorney by J. Christian Goeke. by Mediha Medy Salkicevic. (Goeke, J.) (Entered: 07/23/2018) |
| 07/31/2018 | 451 | | Docket Text ORDER as to Mediha Medy Salkicevic ; ORDERED the status conference (counsel only) for MEDIHA SALKICEVIC originally set for Friday, August 3, 2018 is reset to Wednesday, September 5, 2018 at 9:00 a.m. Signed by Magistrate Judge David D. Noce on 07/31/2018. (SMB) (Entered: 07/31/2018) |
| 07/31/2018 | 453 | | |

| | | | |
|---|---|---|---|
| | | | ENTRY OF ATTORNEY APPEARANCE: by Joan K. Miller on behalf of Mediha Medy Salkicevic (Miller, Joan) (Entered: 07/31/2018) |
| 08/02/2018 | 454 | | Letter from U.S. Department of Justice re: Revised Security Procedures. (MCB) (Entered: 08/02/2018) |
| 08/02/2018 | 455 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic – Pursuant to CIPA and the Security Procedures, the court hereby designates and appoints Security Specialist Debra M. Guerrero–Randall as the CISO for the above–captioned case. The court also designates Security Specialists Daniel O. Hartenstine, Joan B. Kennedy, William K. Lowry, Shawn P. Mahoney, Carli Rodriguez–Feo, Harry J. Rucker and William S. Scooter Slade as alternate CISOs in the above–captioned case. Signed by District Judge Catherine D. Perry on August 2, 2018. (MCB) (Entered: 08/02/2018) |
| 09/04/2018 | 456 | | Docket Text ORDER as to Mediha Medy Salkicevic; ORDERED the status conference (counsel only) for MEDIHA SALKICEVIC set for Wednesday, September 5, 2018 at 9:00 a.m. is reset to 10:30 a.m. THIS IS A CHANGE IN TIME ONLY. Signed by Magistrate Judge David D. Noce on 09/04/2018. (ABK) (Entered: 09/04/2018) |
| 09/05/2018 | 457 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Status Conference as to Mediha Medy Salkicevic held on 9/5/2018. Counsel for defendant to file proposed date for further proceedings within 2 weeks. (FTR Gold Operator initials:J.Bernsen) (FTR Gold: Yes) (proceedings started: 10:37AM) (proceedings ended: 10:40AM) (Defendant Location: CUSTODY) (JAB) (Entered: 09/05/2018) |
| 09/10/2018 | 458 | | ORDER SETTING HEARING ON DEPOSITION MOTION as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic ; IT IS HEREBY ORDERED that the joint motion of the defendants to take foreign depositions (Doc. 448) is set for Tuesday, September 25, 2018 at 10:00 a.m. Motion Hearing set for 9/25/2018 10:00 AM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 9/10/18. (KKS) (Entered: 09/10/2018) |
| 09/25/2018 | 459 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Hearing as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 9/25/2018 re 448 Joint MOTION to Take Deposition filed by Armin Harcevic, Nihad Rosic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Ramiz Zijad Hodzic. Defendants to file proposed plan to take foreign depositions within 3 weeks. Government granted 2 weeks to file a response. (FTR Gold Operator initials:J.Bernsen) (FTR Gold: Yes) (proceedings started: 10:14AM) (proceedings ended: 10:58AM) (JAB) (Entered: 09/25/2018) |
| 10/12/2018 | 461 | | Docket Text ORDER as to Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic ; ORDERED a hearing on the joint motion for reconsideration of detention (Doc. 460) is set for on Tuesday, October 23, 2018 at 10:00 a.m. Signed by Magistrate Judge David D. Noce on 10/12/2018. (SMB) (Entered: 10/12/2018) |
| 10/15/2018 | 462 | | RESPONSE TO COURT by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic (Attachments: # 1 Exhibit Proposal for Rule 15 Depositions, # 2 Exhibit Cost Estimate for Rule 15 Depositions)(Swift, Charles) (Entered: 10/15/2018) |
| 10/23/2018 | 464 | | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Detention Hearing as to Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic held on |

| | | | |
|---|---|---|---|
| | | | 10/23/2018. Parties present for hearing on defendant's Joint Motion for Reconsideration of Detention Orders 460 as to defendants Ramiz Hodzic, Nihad Rosic and Mediha Salkicevic. Discussion held and Arguments heard. Matter taken under submission. (FTR Gold Operator initials:COlliges) (FTR Gold: Yes) (proceedings started: 10:09 am – 10:48 am) (proceedings ended: 11:09 am – 11:31 am) (Defendant Location: CUSTODY) (CLO) (Entered: 10/23/2018) |
| 12/05/2018 | 465 | | NOTICE by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic of: Update to the Court on the Taking of Foreign Depositions (Swift, Charles) (Entered: 12/05/2018) |
| 12/17/2018 | 466 | | MEMORANDUM AND ORDER REGARDING FOREIGN DEPOSITION as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that defendants joint motion for foreign depositions (Doc. 448 ) is granted. Signed by Magistrate Judge David D. Noce on 12/17/18. (JAB) (Entered: 12/17/2018) |
| 12/21/2018 | 468 | | (VACATED per doc # 491 )ORDER REGARDING FOREIGN DEPOSITION(S) AND THE FILING OF FURTHER PRETRIAL MOTIONS Foreign Deposition(s) as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. IT IS HEREBY ORDERED that the defendants' suggestion that attorney CatherineMcDonald, Esq., counsel for defendant Armin Harcevic, would attend the deposition(s) "as an officer of the court [to] be present at the deposition to certify the identity of the deponents, the integrity of the facility, and respond to any questions by the Court," if by this activity attorney McDonald is intended to be the person before whom the deposition(s) is to be taken (Doc. 462 ), is denied. The manner of the taking of such a deposition is generally the same as for taking a deposition in a civil action. See F. R. Crim. P. 15(e). In a civil action, an attorney for any party may not be the person before whom the deposition is taken. See F. R. Civ. P. 28(c). Instead, the Court is considering whether a legal officer official assigned to the United States Department of State embassy in Sarajevo, Boznia–Herzegovina will be available to preside over the deposition(s) on site to fulfill the function previously suggested for attorney McDonald, quoted above. See F. R. Civ. P. 28(b)(1)(C) and (D). Nevertheless, attorney McDonald may still attend the deposition(s) in person to state for the record on behalf of the defendants the status and identity of the person(s) to be deposed at that time. That said, the undersigned to preside over the taking of the deposition(s), with all questioning attorneys present in the courtroom of the undersigned.IT IS HEREBY ORDERED that the foreign deposition(s) previously approved by the Court be taken and concluded not later than March 15, 2019. Defense counsel must coordinate with counsel for the United States a proposed schedule for the taking of the deposition(s) and file a proposed plan for the taking of said deposition(s), e.g. the date and time of said deposition(s).Remaining Pretrial MotionsAfter carefully reviewing the record of this action and finding no substantial reason to delay the further progress and conclusion of the pretrial motion practice before the undersigned,IT IS HEREBY ORDERED that all parties may have until April 1, 2019, to file any further pretrial motion(s), evidentiary or otherwise, (in addition to the pending oral motions of defendants Nihad Rosic and Mediha Medy Salkicevic generally to suppress any arguably suppressible evidence (Docs. 64 and 73 , respectively) and the oral motions of the government for a determination by the Court of the admissibility or not or any arguably suppressible evidence (Docs. 65 , 74 )), any pretrial issue not yet presented to the Court, including the suppression of arguably suppressible evidence, or a documentary waiver of any such motion(s). Parties opposing such motion(s) may have until May 1, 2019, to file a response thereto. Movant(s) may have until June 1, 2019, to reply. IT IS FURTHER ORDERED that the evidentiary hearing on any such motion or waiver thereof is set for the |

| | | | |
|---|---|---|---|
| | | | two weeks beginning August 19 and 26, 2019, at 9:00 a.m. in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 12/21/18. (KKS) Modified on 3/4/2019 (JAB). (Entered: 12/21/2018) |
| 01/03/2019 | 469 | | ORDER SETTING STATUS CONFERENCE as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic; IT IS HEREBY ORDERED that a status conference with counsel for all parties is set for Monday, January 28, 2019, at 2:00 p.m. Counsel should be prepared to discuss the foreign deposition of Jasmin Jaservitch and the prospect of the deposition being taken in the United States Embassy before a U.S. Foreign Service Legal Officer in Sarajevo, Bosnia–Herzegovina. Status Conference set for 1/28/2019 02:00 PM in Courtroom 17N before Magistrate Judge David D. Noce. Signed by Magistrate Judge David D. Noce on 1/3/19. (KKS) (Entered: 01/03/2019) |
| 01/07/2019 | 470 | | SCHEDULING ORDER as to Ramiz Zijad Hodzic, Nihad Rosic, Mediha Medy Salkicevic, ; IT IS HEREBY ORDERED that on or before January 21, 2019, counsel for the government and counsel for each of the movant defendants, jointly or severally, advise the Court in writing of the estimates of the sentencing guideline ranges for the respective defendants in the context of the current charges against the defendants and in the context of the potential superseding indictment to which the government has previously referred. IT IS FURTHER ORDERED that at the status conference set for Monday, January 28, 2019, all defendants and all defense counsel must personally appear in the courtroom of the undersigned. Response to Court due by 1/21/2019. Signed by Magistrate Judge David D. Noce on 1/7/19. (KKS) (Entered: 01/07/2019) |
| 01/11/2019 | 471 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. The Court wishes to hear oral argument on the pending Motion to Dismiss Indictment Under the Doctrine of Combatant Immunity and the objections to the Report and Recommendation on that motion. The oral argument will be held in Courtroom 17 North and will immediately follow the status conference previously set before Judge Noce for Monday, January 28, 2019 at 2:00 p.m. Each sides arguments will be limited to twenty minutes, and defendants, as the movants, will argue first. Defense counsel must agree among themselves as to which lawyers will present the argument on the motion/objections and on any division of time among the various defense lawyers. Signed by District Judge Catherine D. Perry on 1/11/2019. (CBL) (Entered: 01/11/2019) |
| 01/18/2019 | 472 | | RESPONSE TO COURT by USA as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic (Drake, Matthew) (Entered: 01/18/2019) |
| 01/28/2019 | 474 | | MOTION to Seal Document *: PARTIES JOINT PLAN FOR THE TAKING OF DEPOSITIONS IN SARAJEVO, BOZNIA–HERZEGOVINA* by Armin Harcevic as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic. (Swift, Charles) (Entered: 01/28/2019) |
| 01/28/2019 | 475 | | Sealed Document (Swift, Charles) (Entered: 01/28/2019) |
| 01/28/2019 | 476 | | ELECTRONIC MINUTE ENTRY of Status Conference proceedings held before Magistrate Judge David D. Noce as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic on 1/28/2019. Status of Case discussed; The Court intends to Amend the Scheduling Order; Prior to July 1, 2019, attorneys to file a proposed schedule of issues to be presented at the evidentiary hearing; The Court approves the video taping of the depositions. Order to issue (Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (Interpreters names: Tanja |

| | | |
|---|---|---|
| | | Kovacevic & Deanna Zoller–Cocic, none of the defendants needed interpreting, however they were asked by Judge Noce to stay for all proceedings today)(proceedings started: 1:54) (proceedings ended: 2:38)(Deputy Clerk: K Stamm) (Defendants Location: See Party/Attorney List.) (KKS) (KKS). (Entered: 01/28/2019) |
| 01/28/2019 | 477 | ELECTRONIC MINUTE ENTRY for MOTION proceedings held before District Judge Catherine D. Perry as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on 1/28/2019 re Motions to Dismiss 390 , 393 Supplemental MOTION to Dismiss Indictment/Counts *UNDER THE DOCTRINE OF COMBATANT IMMUNITY AND MEMORANDUM IN SUPPORT OF THAT MOTION*. Oral arguments heard. Motion taken under advisement. Order to issue. (Government proffered 5 exhibits) (Interpreters name: Tanja Kovacevic & Deanna Zoller–Cocic, none of the defendants needed interpreting, however they were asked by Judge Noce to stay for all proceedings today)(Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (proceedings started: 2:46) (proceedings ended: 3:36)(Deputy Clerk: K Stamm) (Defendant Location: See Party/Attorney List.) (KKS) (KKS). (Entered: 01/28/2019) |
| 01/28/2019 | 478 | INTERPRETER USAGE REPORT as to defendant Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic Interpreter: Tanja Kovacevic & Deanna Zoller–Cocic proceedings started: 1:54 proceedings ended: 3:36 (KKS) (Entered: 01/28/2019) |
| 01/28/2019 | 479 | CLERK'S EXHIBIT LIST as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic as to Motion Hearing. (KKS) (Entered: 01/29/2019) |
| 02/05/2019 | 480 | MEMORANDUM AND ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic – IT IS HEREBY ORDERED that the First Report and Recommendation of the United States Magistrate Judge 328 is SUSTAINED, ADOPTED, and INCORPORATED herein and defendants' initial motions to dismiss [208, 223, 225, 230, 236] are denied. IT IS FURTHER ORDERED that the Second Report and Recommendation of the United States Magistrate Judge 429 is not adopted except as to the factual section. The second round of motions to dismiss [390, 393, 395] are denied. Defendants may not assert the lawful combatant immunity defense at trial. Signed by District Judge Catherine D. Perry on February 5, 2019. (MCB) (Entered: 02/05/2019) |
| 02/19/2019 | 485 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge David D. Noce: Counsel Only Status Conference re: depositions as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic held on 2/19/2019. JoAnn Trog, at the request of the court, will contact counsel for M Salkicevic and ask them to file a response re: deposition. (proceedings started: 10:02) (proceedings ended: 10:13)(FTR Gold Operator initials: K Stamm) (Defendant Location: Not Present)(Attorney Appearance for USA: Matt Drake.)(Attorney Appearances for Defense: JoAnn Trog, Kevin Curran, Michael Dwyer, Diane Dragan, Daniel Schattnik.) (KKS) (Entered: 02/19/2019) |
| 02/22/2019 | | REMARK as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic: document no. 486 was deleted because it was filed in error. Therefore, there will not be a document no. 486 in this case. (MCB) (Entered: 02/26/2019) |
| 03/04/2019 | 491 | |

| | | | |
|---|---|---|---|
| | | | ORDER VACATING ORDER REGARDING FOREIGN DEPOSITIONS as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic: IT IS HEREBY ORDERED that the Order that was issued on December 21, 2019 (Doc. 468 ) scheduling the subject depositions is vacated. Absent further order, no deposition is approved for use in this action. Signed by Magistrate Judge David D. Noce on 3/4/19. (JAB) (Entered: 03/04/2019) |
| 03/06/2019 | 494 | | ORDER as to Mediha Medy Salkicevic. IT IS HEREBY ORDERED that the possible change of plea hearing in this matter is set for Thursday, March 21, 2019 at 11:30 a.m. in Courtroom 14–South. Signed by District Judge Catherine D. Perry on 3/6/2019. (CBL) (Entered: 03/06/2019) |
| 03/08/2019 | 495 | | ORDER REGARDING RECONSIDERATION OF DETENTION as to Mediha Medy Salkicevic: IT IS HEREBY ORDERED that the Pretrial Services Office conduct a supplemental investigation on whether defendant Mediha Medy Salkicevic ought to be detained or continued in detention. This investigation should include whether there are American citizen sureties for an appropriate appearance bond and whether a suitable home plan for defendant's residence in this district or elsewhere can be established. Following the receipt of this report, a supplemental hearing will be set. Signed by Magistrate Judge David D. Noce on 3/8/2019. (CLO) (Entered: 03/08/2019) |
| 03/20/2019 | 496 | | TRANSCRIPT of 476 (STATUS CONFERENCE) as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on January 28, 2019 before Magistrate Judge David D. Noce. Court Reporter: Gayle Madden, Gayle_Madden@ moed.uscourts.gov, 314–244–7987. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/10/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/18/2019. (MCB) (Entered: 03/20/2019) |
| 03/20/2019 | 497 | | TRANSCRIPT of 477 (Motion) as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Nihad Rosic, Mediha Medy Salkicevic, Armin Harcevic held on January 28, 2019 before Judge Catherine D. Perry. Court Reporter: Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/10/2019. Redacted Transcript Deadline set for 4/22/2019. Release of Transcript Restriction set for 6/18/2019. (MCB) (Entered: 03/20/2019) |
| 03/21/2019 | 500 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Catherine D. Perry: Change of Plea hearing as to Mediha Medy Salkicevic held on 3/21/2019. Defendant sworn. Age of Defendant: 38; Level of Education: High School. The Court finds the defendant competent to enter a plea of guilty. By leave of Court, defendant withdraws former plea of not guilty and enters a Plea of Guilty as to Count 1. Counts held in abeyance until sentencing: 3. Guilty Plea Agreement filed. Objections to Presentence Report due by 5/28/19. Sentencing set for 6/18/2019 at 1:30 PM in Courtroom 14S before District Judge Catherine D. Perry. Defendant remanded to custody. Counsel for defendant makes Oral Motion to Reconsider Bond. Motion taken under submission by the court. (Interpreter name: N/A)(Probation/Pretrial Officer: N/A)(Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (proceedings started: 11:41 am) (proceedings ended: 12:04 pm)(Deputy Clerk: E. Brown) (Defendant Location: Custody)(Attorney Appearance for USA: M. Drake, H. Marcus, K. |

| | | | |
|---|---|---|---|
| | | | Tihen, J. Champagne.)(Attorney Appearance for Defense: J. Miller.) (EAB) (Entered: 03/21/2019) |
| 03/21/2019 | 501 | | GUILTY PLEA AGREEMENT by USA, Mediha Medy Salkicevic as to Mediha Medy Salkicevic. (EAB) (Entered: 03/21/2019) |
| 03/21/2019 | 502 | | GUILTY PLEA AGREEMENT SUPPLEMENT as to Mediha Medy Salkicevic. (EAB) (Entered: 03/21/2019) |
| 03/21/2019 | 503 | | ORDER as to Mediha Medy Salkicevic. IT IS HEREBY ORDERED that the sentencing in this matter is set for Tuesday, June 18, 2019 at 1:30 p.m. in Courtroom 14–South. All Objections to the presentence report must be filed no later than May 28, 2019. If testimony is expected counsel must notify the court at least one week before sentencing. IT IS FURTHER ORDERED that the parties must file any sentencing memoranda no later than June 11, 2019 except that a response to a sentencing memorandum may be filed no later than June 13, 2019. Signed by District Judge Catherine D. Perry on 3/21/19. (EAB) (Entered: 03/21/2019) |
| 04/05/2019 | 515 | | NOTICE by USA as to Ramiz Zijad Hodzic of: Request for removal (Drake, Matthew) Modified on 4/8/2019 (MCB). (Entered: 04/05/2019) |
| 04/08/2019 | 518 | | FIRST SUPPLEMENTAL ADDENDUM TO BAIL REPORT as to Mediha Medy Salkicevic (DCS) (Entered: 04/08/2019) |
| 05/17/2019 | | | NOTICE: IF YOU HAVE ALREADY UPGRADED YOUR PACER ACCOUNT YOU CAN DISREGARD THIS NOTICE. IF YOU DO NOT UPGRADE YOU WILL NOT BE ABLE TO FILE IN THE SYSTEM AFTER MAY 31, 2019. PLEASE UPGRADE IMMEDIATELY. If you are using a shared account to file cases, you will need to create an individual account; instructions can be found at:https://www.moed.uscourts.gov/sites/moed/files/Register–for–New–PACER–account.pdf. If you already have an individual account, it will need to be upgraded; instructions can be found https://www.moed.uscourts.gov/sites/moed/files/Upgrade–Current–PACER–Account.pdf. If you need further assistance contact the MOED CM/ECF Help Desk at 314–244–7650 or moedml_cmecf_help@moed.uscourts.gov (CSAW) (Entered: 05/17/2019) |
| 05/17/2019 | | | NOTICE: IF YOU HAVE ALREADY UPGRADED YOUR PACER ACCOUNT YOU CAN DISREGARD THIS NOTICE. IF YOU DO NOT UPGRADE YOU WILL NOT BE ABLE TO FILE IN THE SYSTEM AFTER MAY 31, 2019. PLEASE UPGRADE IMMEDIATELY. If you are using a shared account to file cases, you will need to create an individual account; instructions can be found at:https://www.moed.uscourts.gov/sites/moed/files/Register–for–New–PACER–account.pdf. If you already have an individual account, it will need to be upgraded; instructions can be found https://www.moed.uscourts.gov/sites/moed/files/Upgrade–Current–PACER–Account.pdf. If you need further assistance contact the MOED CM/ECF Help Desk at 314–244–7650 or moedml_cmecf_help@moed.uscourts.gov (CSAW) (Entered: 05/17/2019) |
| 05/28/2019 | 553 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by Mediha Medy Salkicevic (Miller, Joan) (Entered: 05/28/2019) |
| 06/07/2019 | 575 | | ORDER as to Mediha Medy Salkicevic. (See Full Order.) IT IS HEREBY ORDERED that the request of defendant Mediha Medy Salkicevic to be released on bond pending sentencing is denied. Signed by District Judge Catherine D. Perry on 6/7/2019. (CBL) (Entered: 06/07/2019) |

| 06/07/2019 | 576 | | ORDER as to Ramiz Zijad Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Armin Harcevic. (See Full Order.) IT IS HEREBY ORDERED that a telephone conference with counsel for the United States and for the four defendants listed above will be held on Tuesday, June 11, 2019 at 10:30 a.m. to determine whether it is appropriate to schedule the sentencing hearings jointly or in close proximity to one another, and to set schedules for all of the hearings. Counsel should dial 888–684–8852 then when prompted, enter access and security code: 4362059 to join the telephone conference. IT IS FURTHER ORDERED that the parties' deadlines for filing sentencing memoranda with regard to defendant Mediha Medy Salkicevic are postponed pending the conclusion of the telephone conference. Signed by District Judge Catherine D. Perry on 6/7/2019. (CBL) (Entered: 06/07/2019) |
| 06/10/2019 | 577 | | MOTION for Leave to File Sealed Document by Mediha Medy Salkicevic. (Miller, Joan) (Entered: 06/10/2019) |
| 06/10/2019 | 578 | | SENTENCING MEMORANDUM – SEALED by defendant Mediha Medy Salkicevic re 577 MOTION for Leave to File Sealed Document (Miller, Joan) (Entered: 06/10/2019) |
| 06/10/2019 | 579 | | Docket Text ORDER as to Mediha Medy Salkicevic Re: 577 MOTION for Leave to File Sealed Document by Mediha Medy Salkicevic; ORDERED GRANTED Signed by District Judge Catherine D. Perry on 6/13/19. (CDP) (Entered: 06/10/2019) |
| 06/11/2019 | 580 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Mediha Medy Salkicevic (Attachments: # 1 Letter)(MDH) (Entered: 06/11/2019) |
| 06/11/2019 | 582 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Mediha Medy Salkicevic (Drake, Matthew) (Entered: 06/11/2019) |
| 06/11/2019 | 585 | | ORDER as to Mediha Medy Salkicevic. Defendant Mediha Medy Salkicevic's sentencing will proceed on June 18, 2019, but because of the Court's trial schedule, **IT IS HEREBY ORDERED that the sentencing in this matter is reset from 1:30 p.m. to 1:00 p.m. on Tuesday, June 18, 2019 in Courtroom 14–South. Signed by District Judge Catherine D. Perry on 6/11/2019. (CBL) (Entered: 06/11/2019)** |
| 06/12/2019 | 586 | | OFFICER REVISED FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Mediha Medy Salkicevic (MDH) (Entered: 06/12/2019) |
| 06/18/2019 | 588 | | SENTENCING DOCUMENT by Mediha Medy Salkicevic, USA as to Mediha Medy Salkicevic (Drake, Matthew) (Entered: 06/18/2019) |
| 06/18/2019 | 589 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Catherine D. Perry: Sentencing as to Mediha Medy Salkicevic held on 6/18/2019. Defendant/Parties present for imposition of sentence. Presentence report adopted/accepted by Court as findings of fact. PSR filed under seal. No objections to the Presentence report filed by either party. Sentence imposed. See judgment. Counts dismissed on the motion of the United States: counts 3. Certificate of Compliance with Local Rule 12.07(A) provided to defendants attorney. Defendant remanded to custody of the USMS. (Interpreter name: N/A)(Probation/Pretrial Officer: A. Lupo)(Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (proceedings started: 1:02 pm) (proceedings ended: 1:17 pm)(Deputy Clerk: E. Brown) (Defendant Location: Custody)(Attorney Appearance for USA: Matthew Drake, Joshua Champagne.)(Attorney Appearance for Defense: Joan Miller.) (EAB) (Entered: 06/18/2019) |
| 06/18/2019 | 591 | | JUDGMENT as to Mediha Medy Salkicevic (4), Count 1r. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total |

| | | | |
|---|---|---|---|
| | | | term of 78 months, with recommendations to the BOP. Supervised Release for a term of 5 years. Special Assessment of $100 due immediately.; Count(s) 3r, Dismissed on the motion of the United States. Signed by District Judge Catherine D. Perry on 6/18/19. (EAB) (Entered: 06/20/2019) |
| 06/18/2019 | 592 | | STATEMENT OF REASONS for Sentence as to defendant Mediha Medy Salkicevic. Signed by District Judge Catherine D. Perry on 6/18/19. (EAB) (Entered: 06/20/2019) |
| 06/18/2019 | 593 | | NOTICE by Mediha Medy Salkicevic of Certification of Compliance with Local Rule 12.07. (EAB) (Entered: 06/20/2019) |
| 01/10/2020 | | | Receipt CTC 900475 in the amount of $100.00 for SPECIAL PENALTY ASSESSMENT on behalf of MEDIHA MEDY SALKICEVIC (CCAM) (Entered: 02/16/2020) |
| 08/26/2020 | 720 | | Supervised Release Jurisdiction Transferred to Northern District of IL as to Mediha Medy Salkicevic (NEP) (Entered: 08/26/2020) |

SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB -5 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. )
)
RAMIZ ZIJAD HODZIC, )
a/k/a Siki Ramiz Hodzic, )
) No.
SEDINA UNKIC HODZIC, )
)
NIHAD ROSIC, )
a/k/a Yahya AbuAyesha Mudzahid, )
)
MEDIHA MEDY SALKICEVIC, )
a/k/a Medy Ummuluna, )
a/k/a Bosna Mexico, )
)
ARMIN HARCEVIC, and )
)
JASMINKA RAMIC, )
)
Defendants.

**4:15CR00049 CDP/DDN**

**INDICTMENT**

The Grand Jury Charges:

At all times relevant and material to this Indictment:

Introduction

1.     Abdullah Ramo Pazara, a/k/a Abdullah Ramo Mudzahid, a/k/a Abdullah Pazara,

a/k/a Abdullah Al Amriki, was a Bosnian native who immigrated to the United States, became a

naturalized citizen, and resided in St. Louis, Missouri, in the Eastern District of Missouri, before

leaving the United States on or about May 28, 2013.

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

34

2.      Defendants Ramiz Zjad Hodzic, a/k/a Siki Ramiz Hodzic (hereinafter referred to as "Siki Ramiz Hodzic") and Sedina Unkic Hodzic, husband and wife, were Bosnian natives who immigrated to the United States as refugees and resided in St. Louis, Missouri, in the Eastern District of Missouri.

3.      Defendant Mediha Medy Salkicevic, a/k/a Medy Ummuluna, a/k/a Bosna Mexico was a Bosnian native who immigrated to the United States, became a naturalized citizen, and resided in Schiller Park, Illinois.

4.      Defendant Armin Harcevic was a Bosnian native who immigrated to the United States, and is a lawful permanent resident who resided in St. Louis, Missouri, in the Eastern District of Missouri.

5.      Defendant Jasminka Ramic was a Bosnian native who immigrated to the United States as a legal permanent resident, and resided in Rockford, Illinois.

6.      Defendant Nihad Rosic, a/k/a Yahya AbuAyesha Mudzahid, was a Bosnian native who immigrated to the United States, became a naturalized citizen, and resided in Utica, New York.

7.      Western Union was a business with headquarters in Englewood, Colorado, that operated as a licensed money transfer business with branches and services in the Eastern District of Missouri and elsewhere, including but not limited to Turkey, Bosnia and Herzegovina, and Saudi Arabia.

8.      PayPal was a business with headquarters in San Jose, California and La Vista, Nebraska, that operated as a licensed, online e-commerce and money transfer business that provided services in the Eastern District of Missouri and elsewhere.

9.  Facebook was a business with headquarters in Menlo Park, California, that operated an online social media website used by individuals around the world to include users in the Eastern District of Missouri.

10. There were individuals located in Turkey and Saudi Arabia who acted as a third party intermediaries who received materials, money, and property from conspirators in the United States and thereafter transferred the same to Abdullah Ramo Pazara and others in Syria, Iraq and elsewhere.

11. There were individuals located in Montenegro and Bosnia and Herzegovina, who had family members who fought, or were fighting, in Syria, Iraq and elsewhere and who received money from conspirators in the United States as support for their families.

12. There were individuals who were located in Serbia, Bosnia and Herzegovina, and Montenegro, who individually traveled to, and fought in, Syria, Iraq and elsewhere along with Abdullah Ramo Pazara and others with, and in support of: Al-Qa'ida in Iraq, Al-Nusrah Front, the Islamic State of Iraq and the Levant, and the Islamic State of Iraq and Syria, and who communicated with conspirators in the Eastern District of Missouri and elsewhere.

13. Al-Qa'ida in Iraq (hereinafter "AQI"), was a foreign terrorist organization (hereinafter "FTO") that, at various times, was also known by the following aliases: al-Nusrah Front (hereinafter "ANF"), Jabhat al-Nusrah, Jabhet al-Nusra, Islamic State of Iraq and the Levant (hereinafter "ISIL"), the Islamic State of Iraq and al-Sham, and the Islamic State of Iraq and Syria (hereinafter "ISIS") (hereinafter collectively referred to as "designated FTOs").

3

**COUNT I**
**(CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO TERRORISTS)**

The Grand Jury charges that:

      A.     The conspiracy

      1.     Paragraphs one (1) through thirteen (13) of the Introduction are hereby re-alleged and incorporated by reference as though fully set forth herein.

      2.     Beginning on a date unknown but no later than in May 2013, and continuing to the present with the exact dates being unknown, in the Eastern District of Missouri and elsewhere:

**RAMIZ ZIJAD HODZIC a/k/a SIKI RAMIZ HODZIC,**
**SEDINA UNKIC HODZIC,**
**NIHAD ROSIC, a/k/a YAHYA ABUAYESHA MUDZAHID,**
**MEDIHA MEDY SALKICEVIC, a/k/a MEDY UMMULUNA, a/k/a BOSNA MEXICO,**
**ARMIN HARCEVIC, and**
**JASMINKA RAMIC**

the defendants herein, and Abdullah Ramo Pazara, a/k/a Abdullah Ramo Mudzahid, a/k/a Abdullah Pazara, a/k/a Abdullah Al Amriki, named but not indicted, and other persons known and unknown to the Grand Jury, (hereinafter in Count I, collectively "the members of the conspiracy"), did knowingly and willfully combine, conspire, confederate and agree with each other, to provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including: currency and monetary instruments (collectively "money"), and property to include: United States military uniforms, combat boots, military surplus goods, tactical gear and clothing, firearms accessories, optical equipment and range finders, rifle scopes, and equipment, knowing and intending that such money and property were to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a), that is, a conspiracy to commit at places outside of the United States acts

4

that would constitute offenses and murder and maiming if committed in the special maritime and territorial jurisdiction of the United States, with one or more of the conspirators committing an act within the jurisdiction of the United States to effect the object of the conspiracy.

B. Manner and Means

3. In furtherance of the conspiracy, and to effect the illegal objects thereof, defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic, Nihad Rosic, as well as Abdullah Ramo Pazara, and other persons known and unknown to the Grand Jury, used the following manner and means, among others, to accomplish the conspiracy.

4. Abdullah Ramo Pazara and others persons known to the Grand Jury facilitated the conspiracy by travelling to Syria, Iraq, and elsewhere to support the designated FTOs and act as foreign fighters by participating in the ongoing conflict and otherwise engaging in acts of violence, to including killing and maiming persons.

5. Defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Jasminka Ramic, and others known and unknown to the Grand Jury facilitated the conspiracy by seeking out and identifying supporters and other conspirators in the United States and elsewhere, soliciting money from said individuals, and coordinating the receipt of money intending the money to be transferred to, and used in support of, Abdullah Ramo Pazara, and others known and unknown to the Grand Jury, who were fighting in Syria, Iraq, and elsewhere in support of the designated FTOs.

6. Defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Jasminka Ramic, Armin Harcevic, Nihad Rosic, and others known and unknown to the Grand Jury facilitated the conspiracy by contributing their personal money, intending the money to be

5

transferred to, and used in support of, Abdullah Ramo Pazara and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere in support of the designated FTOs.

7.      Defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, facilitated the conspiracy by obtaining money from members of the conspiracy and thereafter using the money to, among other things, purchase materials and supplies including: United States military uniforms, tactical combat boots, military surplus goods, tactical gear and clothing, firearms accessories, optical equipment and range finders, rifle scopes, equipment, and supplies from businesses in the Eastern District of Missouri, intending that the materials and supplies would thereafter be transferred to, and used to support, Abdullah Ramo Pazara, and others who were fighting in Syria, Iraq, and elsewhere and in support of the designated FTOs.

8.      Defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, and others known and unknown to the Grand Jury facilitated the conspiracy by shipping, or causing to be shipped, materials, supplies, and property that being: United States military uniforms, tactical combat boots, military surplus goods, tactical gear and clothing, firearms accessories, optical equipment and range finders, rifle scopes, equipment, and supplies form the Eastern District of Missouri, to third party intermediaries who subsequently transferred and provided the materials and supplies to Abdullah Ramo Pazara, and others known and unknown to the Grand Jury intending the materials to be used to support Abdullah Ramo Pazara and others who were fighting, in Syria, Iraq, and elsewhere and in support of the designated FTOs.

9.      Defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, and others known and unknown to the Grand Jury facilitated the conspiracy by transferring, or causing to be transferred materials and property, that being money, through money remitting businesses located in the

6

United States, including Western Union, to third party intermediaries who subsequently transferred and provided the money to Abdullah Ramo Pazara and others known and unknown to the Grand Jury intending it to be used to support Abdullah Ramo Pazara and others who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

10. Defendants Siki Ramiz Hodzic and Sedina Unkic Hodzic, facilitated the conspiracy by transferring money to other individuals in Bosnia and Herzegovina, and Montenegro, as support to the families of individuals who fought, and were fighting, in Syria, Iraq, and elsewhere and in support of the designated FTOs.

11. During the time period of the conspiracy, defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic, and Nihad Rosic, knew that Abdullah Ramo Pazara and others known and unknown to the Grand Jury were fighting in Syria, Iraq and elsewhere and that said individuals received materials, money, and supplies provided by the defendants while Abdullah Ramo Pazara and others were engaged in violent activities overseas, including conspiring to murder and maim persons, and further knew and intended that the materials, money, supplies, and property that were provided to said Abdullah Ramo Pazara and others known and unknown would be used to support said individuals who were fighting with, and in support of the designated FTOs.

12. In order to avoid detection and further the goals of the conspiracy, members of the conspiracy used telephones and online social media websites such as Facebook to send and receive messages;, share or post "updates;" post "likes" and "comments;" send and receive photographs and videos; have private conversations; and otherwise communicate with members of the conspiracy.

7

13.    During the time period of the conspiracy, defendants  Siki Ramiz Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, Armin Harcevic, Jasminka Ramic, and Nihad Rosic, and Abdullah Ramo Pazara and others known and unknown used Facebook, telephones, electronic mail, and other means to: post videos, images, and messages concerning the designated FTOs; update members of the conspiracy concerning the status of Abdullah Ramo Pazara and other foreign fighters who were supporting the designated FTOs; coordinate the transfer of money, materials, and property to individuals who were supporting the designated FTOs; encourage support for Abdullah Ramo Pazara and other foreign fighters who were in Syria, Iraq and elsewhere; update one another on the activities of the designated FTOs; discuss travel plans for individuals who desired to travel to Syria and support Abdullah Ramo Pazara, and others known and unknown, who were supporting the designated FTOs; and to discuss weapons, tactics, and the violent activities of Abdullah Ramo Pazara, and others known and unknown, and who supported the designated FTOs.

14.    In order to avoid detection and further the goals of the conspiracy, members  of the conspiracy used coded language to: (a)  refer to persons and groups of individuals, including but not limited to: the "Brothers," "Lions," "Bosnian Brothers," "mujahids," "kufars," "infidels," and "Shaheed" among other terms; (b) plan the means by which they could provide support to persons who were affiliated with and supporting  the designated FTOs; (c) refer to places in Syria and Iraq; including  but not limited to: "the beach," and, (d) refer to weapons, ammunition, explosives, training, fighting, and violent activities of the designated FTOs, such as "actions," "dawa," "dalwa," and "IDIS" among other terms and topics.

15.     In order to avoid detection and further the goals of the conspiracy, members of the conspiracy sometimes used nicknames, fictitious names, names of third persons, and alias titles when referring to members of the conspiracy.

16.     Beginning on or about May 28, 2013, Abdullah Ramo Pazara traveled from St. Louis, Missouri, to Zagreb, Croatia, Bosnia and Herzegovina, and ultimately to Syria, where he arrived in July 2013, to support the designated FTOs by acting as a foreign fighter and otherwise engaging in acts of violence and property destruction in Syria, Iraq, and elsewhere and in support of the designated FTOs.

17.     From on or about August 2013, through September 2013, defendants Siki Ramiz Hodzic, Mediha Medy Salkicevic, Jasminka Ramic, Armin Harcevic and others known and unknown to the Grand Jury, collected money from third parties, as well as contributed their own personal money, and thereafter transferred, or caused to be transferred, the money to defendant Siki Ramiz Hodzic in St. Louis, Missouri, through PayPal and Western Union among other means.

18.     From on or about August 10, 2013, to on or about August 12, 2013, defendant Mediha Medy Salkicevic transferred, or caused to be transferred, $1,500.00 in United States currency via PayPal to defendant Siki Ramiz Hodzic.

19.     On or about August 17, 2013, $1,000.00, and $495.00 in United States currency was transferred from a PayPal account used by defendant Siki Ramiz Hodzic to a financial account used by defendant Siki Ramiz Hodzic with the transfers being posted and received on about August 19, 2013.

20.     From on or about August 12, through August 19, 2013, defendant Siki Ramiz Hodzic purchased approximately $538.00 in United States military uniforms, tactical clothing

9

and gear, combat boots, and military surplus supplies and items from businesses in St. Louis, Missouri.

21.     On or about August 23, 2013, defendant Siki Ramiz Hodzic shipped, or caused to be shipped, three boxes via the United States Postal Service containing: United States military uniforms, tactical clothing and gear, combat boots, and military surplus items to a third party intermediary in Istanbul, Turkey, with said boxes being received in Turkey on or about September 25, 2013, and thereafter transferred and provided to Abdullah Ramo Pazara and others in who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

22.     On or about September 20, 2013, defendant Jasminka Ramic transferred, or caused to be transferred, $300.00 in United States currency via Western Union to defendant Siki Ramiz Hodzic in St. Louis, Missouri, with the money being received on or about September 23, 2013.

23.     On or about September 24, 2013, defendant Armin Harcevic transferred, or caused to be transferred $1,500.00 in United States currency via a wire transfer from a financial account used by Armin Harcevic to a financial account used by defendant Siki Ramiz Hodzic.

24.     From on or about September 17, 2013, to on or about September 25, 2013, defendant Siki Ramiz Hodzic transferred, or caused to be transferred, $1,850.00 in United States currency via Western Union to a third party intermediary in Istanbul, Turkey, with the money being transferred and provided to Abdullah Ramo Pazara and others who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

25.     From on or about October 16, 2013, to on or about September 25, 2014, defendants Sedina Hodzic and defendant Siki Ramiz Hodzic transferred, or caused to be transferred, $1,100.00 in United States currency via Western Union to a third party.

26.     From in or about October 2013, through November 2013, defendants Siki Ramiz Hodzic, Sedina Unkic Hodzic, Mediha Medy Salkicevic, and Jasminka Ramic collected money from third parties, as well as contributed their own personal money, and thereafter transferred, or caused to be transferred, the money to defendant Siki Ramiz Hodzic in St. Louis, Missouri, through PayPal and Western Union among other means.

27.     From on or about October 6, 2013, to on or about October 10, 2013, defendant Mediha Medy Salkicevic, transferred, or caused to be transferred $1,200.00 in United States currency via PayPal to a financial account used by defendant Siki Ramiz Hodzic.

28.     On or about October 15, 2013, $1,200.00 in United States currency was transferred from a PayPal account used by defendant Siki Ramiz Hodzic to a financial account used by defendant Siki Ramiz Hodzic.

29.     From on or about October 16, 2013, through October 19, 2013, defendant Siki Ramiz Hodzic purchased approximately $1,913.54 in materials and supplies including: United States military uniforms, combat boots, tactical clothing and gear, military surplus goods, firearms accessories, rifle scopes, optical equipment and range finders, and other equipment from businesses in St. Louis Missouri.

30.     On or about October 19, 2013, defendant Siki Ramiz Hodzic told Salkicevic that as soon as it (shipments) crossed the border he would send her pictures. He then sent Salkicevic a photograph depicting two long rifle scopes and told her that they go on a sniper rifle and Salkicevic replied that she hoped that they reach "them" and that they be put them to good use.

31.     On or about October 28, 2013, defendant Sedina Unkic Hodzic shipped, or caused to be shipped, six boxes via the United State Postal Service containing United States military uniforms, combat boots, tactical clothing and gear, military surplus goods, firearms accessories,

11

rifle scopes, optical equipment and range finders, first aid supplies, and other equipment to a third party intermediary in Gaziantep, Turkey, with all of the boxes arriving in Turkey by November 2013.

32.    On or about November 17, 2013, defendant Jasminka Ramic transferred, or caused to be transferred, $250.00 in United States currency via Western Union to defendant Siki Ramiz Hodzic in St. Louis, Missouri, with the money being received on or about November 19, 2013.

33.    On or about November 19, 2013, defendant Siki Ramiz Hodzic transferred, or caused to be transferred, $1,700.00 in United States currency via Western Union to a third party intermediary in Gaziantep, Turkey, with the money being received on or about November 26, 2013, and thereafter transferred and provided to Abdullah Ramo Pazara, and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

34.    In or about December 2013, defendant Siki Ramiz Hodzic collected money from others known and unknown to the Grand Jury, and thereafter from on or about December 21, 2013, to on or about December 25, 2013, defendant Siki Ramiz Hodzic transferred, or caused to be transferred, $1,100.00 in United States currency via Western Union to a third party intermediary in Gaziantep, Turkey, and thereafter transferred and provided to Abdullah Ramo Pazara and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

35.    On or about December 23, 2013, defendant Jasminka Ramic transferred, or caused to be transferred, $150.00 in United States currency from Rockford, Illinois, via Western

12

45

Union, to defendant Siki Ramiz Hodzic in St. Louis, Missouri, with the money being received on or about December 24, 2013.

36.    On or about January 4, 2014, defendant Mediha Medy Salkicevic transferred, or caused to be transferred, $1,062.00 in United States currency via a PayPal to an account used by defendant Siki Ramiz Hodzic.

37.    On or about January 21, 2013, $1,000.00 in United States currency was transferred from a PayPal account used by defendant Siki Ramiz Hodzic to a financial account used by defendant Siki Ramiz Hodzic.

38.    From in our about February through March 2014, defendant Siki Ramiz Hodzic collected money from others known and  unknown to the Grand Jury, and thereafter on or about March 9, 2014, defendant Sedina Unkic Hodzic transferred, or caused to be transferred, $450.00 in United States currency from St. Louis, Missouri via Western Union to a third party intermediary in Riyadh, Saudi Arabia, and thereafter being transferred and provided to Abdullah Ramo Pazara and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

39.    On or about March 20, 2014, Abdullah Ramo Pazara told an individual known to the Grand Jury that he had just returned from a mission where they captured a large area, killed eleven individuals, captured one, and added that they intended to slaughter the prisoner the follow day.  Abdullah Ramo Pazara added that most of a FTO which he identified had joined another FTO and they were making progress, with the Islamic State spreading every day.

40.    On or about April 1, 2014, defendant Siki Ramiz Hodzic told defendant Nihad Rosic that five good snipers could do wonders there (Syria); that he watched a video of "ours" in trenches and in warfare;  that "ours" downed five and slaughtered them; and, that he watched the

13

sharia punishment of a beheading. Defendant Siki Ramiz Hodzic added that he watched a video where Abdullah Ramo Pazara's group fought through 200 kilometers, captured trenches, checkpoints, and houses and then fled.

41.    On or about April 15, 2014, defendant Nihad Rosic transferred, or caused to be transferred, $500.00 in United States currency from Utica, New York, via Western Union to defendant Siki Ramiz Hodzic in St. Louis, Missouri.

42.    On or about April 25, 2014, defendant Siki Ramiz Hodzic told defendant Nihad Rosic that if he went to Syria he did not need to buy uniforms, boots, belt, jacket, or shirts because defendant Siki Ramiz Hodzic had everything ready for defendant Nihad Rosic and added that he get a night vision optic with a built-in camera for $540.00 and that when defendant Nihad Rosic killed a person, he could record it.

43.    On or about May 20, 2014, defendant Siki Ramiz Hodzic transferred, or caused to be transferred, $750.00 in United States currency from St. Louis, Missouri, via Western Union to a third party intermediary in Gaziantep, Turkey, intending that the money be transferred and provided to Abdullah Ramo Pazara and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

44.    On or about June 14, 2014, to on or about September 20, 2014, defendant Ramiz Hodzic transferred, or caused to be transferred, $900.00 in United States currency via Western Union to an individual in Zenica, Bosnia and Herzegovina intending the money to be used to support an individual who was fighting with Abdullah Ramo Pazara, and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

14

45.     On or about July 20, 2014, defendant Nihad Rosic attempted to board Norwegian Airlines flight number DY7002 at J.F.K. International Airport intending to travel to Syria to join Abdullah Ramo Pazara and others known and unknown to the Grand Jury who were fighting in Syria, Iraq, and elsewhere and in support of the designated FTOs.

46.     In or about August 2014, defendant Siki Ramiz Hodzic gave $600.00 to an individual who transferred, or caused to be transferred, $500.00 in United States currency via Western Union to an individual in Zenica, Bosnia and Herzegovina, intending that the money would be used by the individual to travel to Syria, transport supplies to, and join Abdullah Ramo Pazara, and others known and unknown to the Grand Jury, who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

47.     On or about September 8, 2014, defendant Siki Ramiz Hodzic transferred, or caused to be transferred, $250.00 in United States currency via Western Union to an individual Zenica, in Bosnia and Herzegovina, intending the money to be used by the individual to travel to Syria, transport supplies to, and join Abdullah Ramo Pazara and others known and unknown to the Grand Jury who were fighting in Syria, Iraq and elsewhere and in support of the designated FTOs.

48.     On or about September 4, 2014, defendant Sedina Unkic Hodzic transferred, or caused to be transferred, $250.00 in United States currency via Western Union to an individual in Teslic, Bosnia and Herzegovina intending the money to be used to support the individual who previously fought in Syria with Abdullah Ramo Pazara and others known and unknown to the Grand Jury and in support of the designated FTOs.

All in violation of, and punishable under, Title 18, United States Code, Section, 2339A.

15

## COUNT II

### (CONSPIRACY TO KILL OR MAIM PERSONS IN A FOREIGN COUNTRY)

The Grand Jury further charges that:

1.    Paragraphs one (1) through thirteen (13) of the Introduction and paragraphs three (3) through forty-eight (48) of the Manner and Means of Count I of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

2.    Beginning no later than in or about April 2013, and continuing through the present, with the exact dates being unknown, in the Eastern District of Missouri and elsewhere:

**RAMIZ ZIJAD HODZIC, a/k/a SIKI RAMIZ HODZIC, and
NIHAD ROSIC, a/k/a YAHYA ABUAYESHA MUDZAHID**

the defendants herein, and Abdullah Ramo  Pazara, a/k/a Abdullah Ramo Mudzahid, a/k/a Abdullah Pazara, a/k/a Abdullah Al Amriki, named but not indicted, and other persons known and unknown to the Grand Jury, (hereinafter collectively "the members of the conspiracy"), did knowingly and willfully conspire, agree with each other, and with other persons known and unknown to the Grand Jury to commit one or more acts outside the United States that would constitute the offense of murder and maiming if committed in the special maritime and territorial jurisdiction of the United  States, and one or more conspirators committed one or more acts within the jurisdiction of the United States to effect an object of the conspiracy.

3.    In furtherance of the conspiracy and to effect the objects thereof, the defendants, together with others known and unknown to the Grand Jury committed and caused to be committed, among others one or more of the following acts:

4.    Paragraphs three (3) through  forty-eight (48) of the Manner  and Means Section of Count I of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

16

All in violation of and punishable under Title 18, United States Code, Section, 956 and 2.

## COUNT III

### (PROVIDING MATERIAL SUPPORT TO TERRORISTS)

The Grand Jury further charges that:

1.      Paragraphs one (1) through thirteen (13) of the Introduction and paragraphs three (3) through forty-eight (48) of the Manner and Means of Count I of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

2.      Beginning on a date unknown but no later than in May 2013, and continuing through the present, with the exact dates being unknown, in the Eastern District of Missouri and elsewhere:

**RAMIZ ZIJAD HODZIC, a/k/a SIKI RAMIZ HODZIC,**
**SEDINA UNKIC HODZIC,**
**NIHAD ROSIC, a/k/a YAHYA ABUAYESHA MUDZAHID,**
**MEDIHA MEDY SALKICEVIC, a/k/a MEDY UMMULUNA, a/k/a BOSNA MEXICO,**
**ARMIN HARCEVIC, and**
**JASMINKA RAMIC**

the defendants herein, and Abdullah Ramo Pazara, a/k/a Abdullah Ramo Mudzahid, a/k/a Abdullah Pazara, a/k/a Abdullah Al Amriki, named but not indicted, and other persons known and unknown to the Grand Jury, did knowingly and willfully provide, and attempt to provide, material supplies and resources, as defined in Title 18, United States Code, Section 2339A(b), to include: United States currency and monetary instruments (money) and property to include: United States military uniforms, combat boots, military surplus goods, tactical gear and clothing, firearms accessories, optical equipment and range finders, first aid supplies, rifle scopes, and equipment, knowing and intending that such support was to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a), that is, a conspiracy to commit at places outside the United States acts that would constitute offenses of murder

ormaiming if committed in the special maritime and territorial jurisdiction of the United States, with one or more of the conspirators committing an act within the jurisdiction of the United States to effect the object of the conspiracy.

All in violation of and punishable under Title 18, United States Code, Section, 2339A.

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

MATTHEW T. DRAKE
Assistant United States Attorney

18                                                                51

AO 245B (Rev. 09/17)
Sheet 1- Judgment in a Criminal Case

# United States District Court
## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

MEDIHA MEDY SALKICEVIC
a/k/a Medy Ummuluna,
a/k/a Bosna Mexico

THE DEFENDANT:

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:15CR00049 CDP-4

USM Number: 46710-424

Joan Miller
Defendant's Attorney

- [x] pleaded guilty to count(s)  One of the Indictment on March 21, 2019.
- [ ] pleaded nolo contendere to count(s) _____
      which was accepted by the court.
- [ ] was found guilty on count(s) _____
      after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2339A | Conspiracy to Provide Material Support to Terrorists | Beginning on a date unknown but no later than May 2013 to February 5, 2015 with the exact dates unknown. | One |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [x] Count(s)  Three _____ is  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 18, 2019
Date of Imposition of Judgment

_Catherine D. Perry_
Signature of Judge

Catherine D. Perry
United States District Judge
Name & Title of Judge

June 18, 2019
Date signed

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____

Record No.:  376

|  | MEDIHA MEDY SALKICEVIC | Judgment-Page | 2 | of | 7 |
| | a/k/a Medy Ummuluna, | | | | |
| | a/k/a Bosna Mexico | | | | |

DEFENDANT:
CASE NUMBER:  4:15CR00049 CDP-4
District:   Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of  78 months.

☒  The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant be evaluated for placement at a facility as close as possible to Chicago, Illinois.

It is also recommended that the defendant be evaluated for participation in mental health treatment. Such a recommendation is made to the extent it is consistent with the Bureau of Prisons policies.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ a.m./pm on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

| | |
|---|---|
| DEFENDANT: | MEDIHA MEDY SALKICEVIC<br>a/k/a Medy Ummuluna,<br>a/k/a Bosna Mexico |
| CASE NUMBER: | 4:15CR00049 CDP-4 |
| District: | Eastern District of Missouri |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  five years.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☒  The above drug testing condition is suspended, based on the court's determination that you
        pose a low risk of future substance abuse. *(check if applicable)*

4.  ☐  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a
        sentence of restitution. *(check if applicable)*

5.  ☒  You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.  ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 20901,
        et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in
        the location where you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)

7.  ☐  You must participate in an approved program for domestic violence. (check if applicable)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: MEDIHA MEDY SALKICEVIC,
a/k/a Medy Ummuluna,
a/k/a Bosna Mexico

CASE NUMBER: 4:15CR00049 CDP-4

District: Eastern District of Missouri

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4.  You must answer truthfully the questions asked by your probation officer.

5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Case 4:15-cr-00049-CDP  Document 2159  Filed 08/28/19  Page 65 of 68  PageID #35073

|  | MEDIHA MEDY SALKICEVIC<br>a/k/a Medy Ummuluna,<br>a/k/a Bosna Mexico | Judgment-Page  5  of  7 |
|---|---|---|

DEFENDANT:

CASE NUMBER:  4:15CR00049 CDP-4

District:   Eastern District of Missouri

# ADDITIONAL SUPERVISED RELEASE TERMS

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

1. You must not purchase or maintain a post office box, any other type of private mail box or any type of storage locker, unit or facility without written approval of the probation office.

2. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

3. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

4. You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.

5. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Case 4:15-cr-00049-CDP   Document 2159   Filed 03/28/19   Page 6 of 8   PageID #35074

DEFENDANT:    MEDIHA MEDY SALKICEVIC
              a/k/a Medy Ummuluna,
              a/k/a Bosna Mexico

CASE NUMBER:  4:15CR00049 CDP-4

District:  Eastern District of Missouri

Judgment-Page   6   of   7

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $100.00 | | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | | | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.    ☐ fine    ☐ restitution.

☐ The interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 09/17)   Judgment in Criminal Case — Sheet 6 — Schedule of Payments

| | | Judgment-Page | 7 | of | 7 |

DEFENDANT: MEDIHA MEDY SALKICEVIC
a/k/a Medy Ummuluna,
a/k/a Bosna Mexico

CASE NUMBER: 4:15CR00049 CDP-4

District: Eastern District of Missouri

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $100.00 due immediately, balance due

      ☐ not later than _____ , or

      ☒ in accordance with ☐ C, ☐ D, or ☐ E below; or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT: MEDHY MEDY SAULKRHODE,
a/k/a Medy Ummuluna,
a/k/a Bosna Mexico

CASE NUMBER: 4:15CR00049 CDP-4

USM Number: 46710-424

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐ The Defendant was released on _____ to_____ Probation

☐ The Defendant was released on _____ to_____ Supervised Release

☐ and a Fine of_____ ☐ and Restitution in the amount of_____

_____

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

**FILED**
**EW**
8/25/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PROB 22
(Rev. 04/...)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
4:15CR00049-4 CDP

DOCKET NUMBER *(Rec. Court)*
**1:15-cr-00060**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mediha Medy Salkicevic<br>9209 Sally Lane<br>Schiller Park, Illinois 60176 | Eastern District of Missouri | Eastern Division<br>St. Louis, MO |

NAME OF SENTENCING JUDGE

The Honorable Catherine D. Perry
Senior United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM | TO |
|---|---|---|
| | 8/21/2020 | 8/20/2025 |

OFFENSE:

Conspiracy to Provide Material Support to Terrorists

JUDGE DURKIN
MAGISTRATE JUDGE COLE

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 25, 2020
*Date*

*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 25, 2020
*Effective Date*

*United States District Judge*

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY:

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ROBERTO CORNEJO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 26, 2020